B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Heasley, John Christopher** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Heasley, Heather** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**John Heasley**<br>**John C Heasley** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Heather C Heasley** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **6817** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **7812** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**467 Hart St**<br>**Firestone, CO**   ZIPCODE **80520** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**467 Hart St**<br>**Firestone, CO**   ZIPCODE **80520** |
| County of Residence or of the Principal Place of Business:<br>**Weld** | County of Residence or of the Principal Place of Business:<br>**Weld** |
| Mailing Address of Debtor (if different from street address)<br>**PO Box 322**<br>**Firestone, CO**   ZIPCODE **80520** | Mailing Address of Joint Debtor (if different from street address):<br>**PO Box 322**<br>**Firestone, CO**   ZIPCODE **80520** |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)  Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Heasley, John Christopher & Heasley, Heather** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X */s/ Michael Suchoparek*                                    **10/31/11**<br>　　　Signature of Attorney for Debtor(s)                          Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

  ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10) | Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Heasley, John Christopher & Heasley, Heather** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ John Christopher Heasley**        **John Christopher Heasley**<br>Signature of Debtor<br><br>X **/s/ Heather Heasley**<br>Signature of Joint Debtor        **Heather Heasley**<br><br>Telephone Number (If not represented by attorney)<br>**October 31, 2011**<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **/s/ Michael Suchoparek**<br>Signature of Attorney for Debtor(s)<br><br>**Michael Suchoparek 37055**<br>**Weselis & Suchoparek LLC**<br>**517 E. 16th Ave.**<br>**Denver, CO  80203-1917**<br>**(303) 296-3230  Fax: (303) 382-4666**<br>**M.Suchoparek@wesucho.com**<br><br><br>**October 31, 2011**<br>Date<br>*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any,  of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## District of Colorado

IN RE:                                                    Case No. _____

**Heasley, John Christopher**                            Chapter **13** _____

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ John Christopher Heasley*** _____

Date: **October 31, 2011** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 12459-CO-CC-015237007



12459-CO-CC-015237007

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>June 21, 2011</u>, at <u>8:35</u> o'clock <u>PM PDT</u>, <u>John Heasley</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Colorado</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>June 21, 2011</u>　　　　　　　　By: 　<u>/s/Laura M Ahart</u>

　　　　　　　　　　　　　　　　　Name: 　<u>Laura M Ahart</u>

　　　　　　　　　　　　　　　　　Title: 　<u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### District of Colorado

IN RE:                                                          Case No. _____

**Heasley, Heather**                                           Chapter **13** _____

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Heather Heasley** _____

Date: **October 31, 2011** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 12459-CO-CC-015237005



12459-CO-CC-015237005

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>June 21, 2011</u>, at <u>8:35</u> o'clock <u>PM PDT</u>, <u>Heather Heasley</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Colorado</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>June 21, 2011</u>                    By:    <u>/s/Laura M Ahart</u>

                                        Name:  <u>Laura M Ahart</u>

                                        Title:  <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B7 (Official Form 7) (04/10)

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                            Case No. _____

**Heasley, John Christopher & Heasley, Heather**          Chapter **13** _____
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None  ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 58,095.00 | 2011 Income (YTD)= $58,095.00 |
| 53,576.76 | 2011 Income (YTD)(Spouse) = $53,573.76 |
| 85,474.00 | 2010 Income (Joint) = $85,474.00 |
| 66,972.00 | 2009 Income (Joint) = $66,927.00 |

---

**2. Income other than from employment or operation of business**

None  ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None  ☐   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Coldwell Banker Mortgage**<br>**PO Box 5452**<br>**Mt Laurel, NJ  08054-5452** | Monthly mortgage payment -<br>(Residence located at 467 Hart St<br>Firestone CO 80520) | 1,310.20 | 202,833.80 |
| **Wells Fargo**<br>**18700 NW Walker Rd**<br>**Beaverton, OR  97006** | Auto installment (Monthly payments<br>for 2007 Dodge 1500) | 926.11 | 19,510.00 |

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Dell Financial Services, LLC v.**<br>**John C Heasley (Case No.**<br>**Unknown)** | **Summons** | **County Court, Weld County,**<br>**Colorado, 901 9th Avenue PO**<br>**Box 2038, Greeley, CO 80632** | **Pending** |
| **GE Money Bank v. John Hesley**<br>**(Case No. Unknown)** | **Summons** | **County Court, Weld County,**<br>**Colorado, 901 9th Ave, PO Box**<br>**2038, Greeley, CO 80632** | **Summons** |
| **Public Service Credit Union v.**<br>**John and Heather Heasley (Case**<br>**No. 2011CV682)** | **Motion for entry of default**<br>**judgment** | **District Court, Weld County,**<br>**Colorado, PO Box 2038 Greeley,**<br>**CO 80631** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Public Service Credit Union**<br>**7055 E Evans Ave**<br>**Denver, CO  80224-2403** | **01/2011** | **2007 Chevy Suburban ($22,955.00)** |

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)



© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

<sub>None</sub> ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **ARC**<br>**6791 W Colfax Ave**<br>**Lakewood, CO  80214** | | **01/2010,06/2010** | **Donation - $500** |

**8. Losses**

<sub>None</sub> ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **iPod Nano ($180)** | **2007 Suburban was broken into August of 2010. Debtors iPod was in the car at the time and was stolen.  Debtors provided a value of $180 for the iPod.** | **08/2010** |

**9. Payments related to debt counseling or bankruptcy**

<sub>None</sub> ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Weselis & Suchoparek LLC**<br>**517 E 16th Ave**<br>**Denver, CO  80203-1917** | | |

**10. Other transfers**

<sub>None</sub> ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

<sub>None</sub> ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

<sub>None</sub> ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **1st Bank**<br>**12345 W Colfax Ave**<br>**Lakewood, CO  80215-0097** | **Checking Acct. ...5100, Savings Acct. ...3464** | **09/13/2011, ($0)** |

**12. Safe deposit boxes**

<sub>None</sub> ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Minor Child | Education Account - Heather C Heasley FBO Minor Child ($1,849.64) | In Education Fund |

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 557 Hart St., Firestone, CO 80520 | | 06/2007-07/2008 |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **J & H Concrete Pumping** | **26-1173165** | **467 Hart Street**<br>**Firestone, CO  80520** | **Concrete pumping** | **10/2007 - present** |

☑ None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

☐ None  a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Vejrostek Tax & Financial**<br>**2919 17th Ave Ste 105**<br>**Longmont, CO  80503** | |
| **Bill Brooks CPA**<br>**5350 Manhattan Cir Ste 106**<br>**Boulder, CO  80303** | |

☑ None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☑ None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

☑ None  d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

☑ None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☑ None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

☑ None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☑ None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

☑ None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **October 31, 2011**          Signature  */s/ John Christopher Heasley*
                                     of Debtor
                                                                    **John Christopher Heasley**

Date: **October 31, 2011**          Signature  */s/ Heather Heasley*
                                     of Joint Debtor
                                     (if any)
                                                                    **Heather Heasley**

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:

Case No. _____

Heasley, John Christopher & Heasley, Heather

Chapter **13**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 198,000.00 | | |
| B - Personal Property | Yes | 3 | $ 80,322.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $ 313,871.82 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 11,074.23 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 44 | | $ 136,425.97 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 6,434.76 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 5,770.37 |
| TOTAL | | 61 | $ 278,322.00 | $ 461,372.02 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

## United States Bankruptcy Court
## District of Colorado

IN RE:

Case No. _____

**Heasley, John Christopher & Heasley, Heather**

Chapter **13**

Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 11,074.23 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 9,987.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **21,061.23** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 6,434.76 |
| Average Expenses (from Schedule J, Line 18) | $ | 5,770.37 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 5,514.41 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 38,781.82 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 10,993.23 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 81.00 |
| 4. Total from Schedule F | | | $ | 136,425.97 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 175,288.79 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6A (Official Form 6A) (12/07)**

IN RE **Heasley, John Christopher & Heasley, Heather** _____ Case No. _____
                         Debtor(s)                                           (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence located at 467 Hart Street, Firestone,CO 80520 (Weld); Legal Description: Fir 2TS L13 Timberland Sub 2nd Filing, State of Colorado ($198,000 via zillow.com)** | | W | 198,000.00 | 204,332.00 |
| | | **TOTAL** | **198,000.00** | |

                                         (Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B)(12/07)**

IN RE Heasley, John Christopher & Heasley, Heather _____   Case No. _____

Debtor(s)                                                                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand ($0)** | J | **0.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Premier Members Checking Acct. ...6116($0),Premier Members Checking Acct. ...0379($0)** | J | **0.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Antiques ($110), Appliances ($400), Carpentry tools ($60), Dishes, china and crystal ($100), Clocks ($5), Vacuum cleaner ($10), Furniture ($900), Gardening Tools ($10), Home Computer ($75), Iron and ironing board ($6), Lamps ($10), Lawn mower or tractor ($60), Microwave oven ($50), Patio or outdoor furniture ($20), Radios & Stereo System ($15), Rugs ($10), Sewing machine ($5), Silverware and utensils ($5), Small appliances ($65), Snow blower ($30), Televisions & video equipment ($200), Board games ($15), Sporting Equipment ($100), Camera Equipment ($40), Electronic musical equipment ($40), Copier ($30), Supplies ($10)** | J | **2,381.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books ($5), Figurines ($3), Records, CDs, Audiotapes ($100)** | J | **108.00** |
| 6.  Wearing apparel. | | **Clothing ($150)** | J | **150.00** |
| 7.  Furs and jewelry. | | **Engagement and wedding rings ($500), Watches ($3)** | J | **503.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Remington .12 gauge shot gun($50), Fishing gear ($40)** | J | **90.00** |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE  Heasley, John Christopher & Heasley, Heather                    Case No. _____
_____
Debtor(s)                                                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Lexus IS300 in fair condition with 144,500 miles; VIN JTHBD192920034284 ($5,850.00)** | J | 5,850.00 |
| | | **2007 Dodge 1500 Mega Cab in fair condition with 68,500 miles; VIN 3D7KS19D87G849545 ($16,600)** | J | 16,600.00 |
| | | **Interest in J&H Concrete Pumping, Inc ) (Assets are 2007 GMC 3500 Flatbed  in fair condition with 60,000 miles; VIN 1GDJK34D37E100003 ($14,140.00); 2007 Reed  Trailer in fair condition; VIN Y727410 ($30,000.00); 2005 TA 450 in fair** | J | 54,640.00 |

B6B (Official Form 6B) (12/07) – Cont.

IN RE  **Heasley, John Christopher & Heasley, Heather**                    Case No. _____
_____
                        Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | condition; VIN 0401205 ($10,000.00); and misc business tools and supplies ($500) (Business) | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 80,322.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

**B6C (Official Form 6C)(04/10)**

IN RE **Heasley, John Christopher & Heasley, Heather**      Case No. _____
_____
Debtor(s)                          (If known)

### SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Antiques ($110), Appliances ($400), Carpentry tools ($60), Dishes, china and crystal ($100), Clocks ($5), Vacuum cleaner ($10), Furniture ($900), Gardening Tools ($10), Home Computer ($75), Iron and ironing board ($6), Lamps ($10), Lawn mower or tractor ($60), Microwave oven ($50), Patio or outdoor furniture ($20), Radios & Stereo System ($15), Rugs ($10), Sewing machine ($5), Silverware and utensils ($5), Small appliances ($65), Snow blower ($30), Televisions & video equipment ($200), Board games ($15), Sporting Equipment ($100), Camera Equipment ($40), Electronic musical equipment ($40), Copier ($30), Supplies ($10)** | **CRS §13-54-102(1)(e)** | **2,381.00** | **2,381.00** |
| **Books ($5), Figurines ($3), Records, CDs, Audiotapes ($100)** | **CRS §13-54-102(1)(c)** | **108.00** | **108.00** |
| **Clothing ($150)** | **CRS §13-54-102(1)(a)** | **150.00** | **150.00** |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D)(12/07)

IN RE Heasley, John Christopher & Heasley, Heather                    Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6665**<br>**Coldwell Banker Mortgage**<br>**PO Box 5452**<br>**Mt Laurel, NJ  08054-5452** | | W | **08/2009 - Mortgage (Residence located at 467 Hart St Firestone CO 80520)** | | | | **204,332.00** | **6,332.00** |
| | | | VALUE $ **198,000.00** | | | | | |
| ACCOUNT NO.<br>**Coldwell Banker Mortgage**<br>**PO Box 0112**<br>**Palatine, IL  60055-0112** | | | **Assignee or other notification for: Coldwell Banker Mortgage** | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO.<br>**Coldwell Banker Mortgage**<br>**PO Box 5452**<br>**Mt Laurel, NJ  08054-5452** | | | **Assignee or other notification for: Coldwell Banker Mortgage** | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO.<br>**Coldwell Banker Mortgage**<br>**2001 Bishops Gate Blvd**<br>**Mt Laurel, NJ  08054-5452** | | | **Assignee or other notification for: Coldwell Banker Mortgage** | | | | | |
| | | | VALUE $ | | | | | |

**__3__** continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **204,332.00** | $ **6,332.00** |
| Total<br>(Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D)(12/07) - Cont.

IN RE Heasley, John Christopher & Heasley, Heather          Case No. _____
_____
              Debtor(s)                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Coldwell Banker Mortgage**<br>**PO Box 2026**<br>**Flint, MI 48501-2026** | | | **Assignee or other notification for:**<br>**Coldwell Banker Mortgage**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Coldwell Banker Mortgage**<br>**1 Mortgage Way**<br>**Mt Laurel, NJ 08054** | | | **Assignee or other notification for:**<br>**Coldwell Banker Mortgage**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Mortgage Service Center**<br>**PO Box 5954**<br>**Springfield, OH 45501-5954** | | | **Assignee or other notification for:**<br>**Coldwell Banker Mortgage**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Mortgage Service Center**<br>**PO Box 7459**<br>**Springfield, OH 45501-7459** | | | **Assignee or other notification for:**<br>**Coldwell Banker Mortgage**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Mortgage Service Center**<br>**PO Box 5469**<br>**Mount Laurel, NJ 08054** | | | **Assignee or other notification for:**<br>**Coldwell Banker Mortgage**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Mortgage Service Center**<br>**3000 Leadenhall Rd**<br>**Mount Laurel, NJ 08054-0000** | | | **Assignee or other notification for:**<br>**Coldwell Banker Mortgage**<br><br>VALUE $ | | | | | |

Sheet no. _____**1**_____ of _____**3**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | $ | $ |
|---|---|---|---|
|  | Total<br>(Use only on last page) | $ | $ |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D)(12/07) – Cont.

IN RE Heasley, John Christopher & Heasley, Heather _____ Case No. _____

Debtor(s) (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Phh Mortgage Ice Center**<br>**2001 Bishops Gate SV09**<br>**Mount Laurel, NJ 08054** | | | **Assignee or other notification for: Coldwell Banker Mortgage**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **9340**<br>**Credit Acceptance Corp**<br>**PO Box 551888**<br>**Detroit, MI 48255** | | J | **Unknown - Auto Installment (2002 Lexus IS300)**<br><br>VALUE $ **5,850.00** | | | | **16,410.96** | **10,560.96** |
| ACCOUNT NO. **ping**<br>**RUS Equipment**<br>**7077 Amons St**<br>**Arvarda, CO 80004** | X | J | **04/2010 - Auto Installment (Business Debt)(Secured by 2007 Reed C90 Concrete Pump - business makes all payments)**<br>VALUE $ **54,640.00** | | | | **35,125.00** | |
| ACCOUNT NO. **ping**<br>**RUS Equipment**<br>**7077 Amons St**<br>**Arvarda, CO 80004** | | J | **04/2010 - Auto Installment Auto Installment (Business Debt)(Secured by 2007 GMC 3500 Truck - business makes all payments)**<br>VALUE $ **54,640.00** | | | | **35,125.00** | **15,610.00** |
| ACCOUNT NO. **ther**<br>**Weld County Clerk And Recorder**<br>**PO Box 459**<br>**Greeley, CO 80632-0459** | | J | **06/2010 - PropertyTaxes (Escrowed in mortgage) - Debtor(s) believe that nothing is owed to this creditor on the day of filing and the Debtor(s), Trustee or other creditors may object to a proof of claim if filed by this entity.**<br>VALUE $ **198,000.00** | | | | **0.00** | |
| ACCOUNT NO. **6107**<br>**Wells Fargo Dlr Svc / Wach**<br>**PO Box 1697**<br>**Winterville, NC 28590** | | J | **08/2007 - Auto Installment (2007 Dodge 1500 Truck)**<br><br>VALUE $ **16,600.00** | | | | **22,878.86** | **6,278.86** |

Sheet no. ____**2**__ of ____**3**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **109,539.82** | $ **32,449.82**

Total
(Use only on last page) $ _____ | $ _____

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) – Cont.

IN RE   **Heasley, John Christopher & Heasley, Heather**                                     Case No. _____

_____                                                _____
Debtor(s)                                                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Wells Fargo Auto Finance Inc**<br>**National Bankruptcy Dept**<br>**PO Box 7648**<br>**Boise, ID  83707** | | | **Assignee or other notification for:**<br>**Wells Fargo Dlr Svc / Wach**<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>**Wells Fargo Dlr Svc / Wach**<br>**PO Box 3117**<br>**Winston Salem, NC  27102** | | | **Assignee or other notification for:**<br>**Wells Fargo Dlr Svc / Wach**<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |

Sheet no. ____**3**____ of ____**3**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                    $                         $

Total
(Use only on last page)       $ **313,871.82**    $ **38,781.82**

(Report also on Summary of Schedules.)         (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Heasley, John Christopher & Heasley, Heather**  _____     Case No. _____
Debtor(s)                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**2**_____ continuation sheets attached

B6E (Official Form 6E) (04/10) – Cont.

IN RE **Heasley, John Christopher & Heasley, Heather**                    Case No. _____
_____
                                     Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6817** <br> **Internal Revenue Service** <br> **Odgen, UT  84201-0030** | | **J** | **2007 - Tax Debt** | | | | **8,590.74** | **8,509.74** | **81.00** |
| ACCOUNT NO. <br> **Internal Revenue Service** <br> **PO Box 105416** <br> **Atlanta, GA  30348-5416** | | | **Assignee or other notification for:** <br> **Internal Revenue Service** | | | | | | |
| ACCOUNT NO. <br> **Internal Revenue Service** <br> **PO Box 660002** <br> **Dallas, TX  75266-0002** | | | **Assignee or other notification for:** <br> **Internal Revenue Service** | | | | | | |
| ACCOUNT NO. <br> **Internal Revenue Service** <br> **Attn Bankruptcy Dept** <br> **PO Box 21126** <br> **Philadelphia, PA  19114-0326** | | | **Assignee or other notification for:** <br> **Internal Revenue Service** | | | | | | |
| ACCOUNT NO. **6817** <br> **Internal Revenue Service** <br> **Attn Bankruptcy Dept** <br> **PO Box 21126** <br> **Philadelphia, PA  19114-0326** | | **J** | **2010 - Tax Debt** | | | | **742.00** | **742.00** | |
| ACCOUNT NO. <br> **Internal Revenue Service** <br> **PO Box 105416** <br> **Atlanta, GA  30348-5416** | | | **Assignee or other notification for:** <br> **Internal Revenue Service** | | | | | | |

Sheet no. **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | Subtotal (Totals of this page) | $ **9,332.74** | $ **9,251.74** | $ **81.00** |
|---|---|---|---|---|---|---|
| | | | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | | | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) – Cont.

IN RE **Heasley, John Christopher & Heasley, Heather** _____ Case No. _____
                                                  Debtor(s)                                           (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Internal Revenue Service** <br> **PO Box 7346** <br> **Philadelphia, PA 19101-7346** | | | **Assignee or other notification for:** <br> **Internal Revenue Service** | | | | | | |
| ACCOUNT NO. **6817** <br> **Internal Revenue Service** <br> **Ogden, UT 84201-0030** | | J | **2008 - Tax Debt** | | | | **1,741.49** | **1,741.49** | |
| ACCOUNT NO. <br> **Internal Revenue Service** <br> **PO Box 105416** <br> **Atlanta, GA 30348-5416** | | | **Assignee or other notification for:** <br> **Internal Revenue Service** | | | | | | |
| ACCOUNT NO. <br> **Internal Revenue Service** <br> **PO Box 660002** <br> **Dallas, TX 75266-0002** | | | **Assignee or other notification for:** <br> **Internal Revenue Service** | | | | | | |
| ACCOUNT NO. <br> **Internal Revenue Service** <br> **Attn Bankruptcy Dept** <br> **PO Box 21126** <br> **Philadelphia, PA 19114-0326** | | | **Assignee or other notification for:** <br> **Internal Revenue Service** | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to                                   Subtotal
Schedule of Creditors Holding Unsecured Priority Claims          (Totals of this page)

| | Subtotal (Totals of this page) | $ **1,741.49** | $ **1,741.49** | $ |
|---|---|---|---|---|
| | **Total** (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **11,074.23** | | |
| | **Total** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **10,993.23** | $ **81.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F)(12/07)

IN RE **Heasley, John Christopher & Heasley, Heather**          Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0924**<br><br>**Allied Interstate**<br>**Re: Ge Money Bank**<br>**3000 Corporate Exchange Drive**<br>**Colmbus, OH  43231** | | H | **Unknown - Collection** | | | | **2,104.00** |
| ACCOUNT NO.<br><br>**Allied Interstate**<br>**Re: Ge Money Bank**<br>**PO Box 1962**<br>**Southgate, MI  48195-0962** | | | **Assignee or other notification for:**<br>**Allied Interstate** | | | | |
| ACCOUNT NO.<br><br>**Allied Interstate**<br>**Re: Ge Money Bank**<br>**3025 S Parker Rd #711**<br>**Aurora, CO  80014** | | | **Assignee or other notification for:**<br>**Allied Interstate** | | | | |
| ACCOUNT NO.<br><br>**Allied Interstate**<br>**Re: Ge Money Bank**<br>**5230 Washington St**<br>**West Roxbury, MA  02132** | | | **Assignee or other notification for:**<br>**Allied Interstate** | | | | |

_____**43**____ continuation sheets attached

| | Subtotal (Total of this page) | $ | **2,104.00** |
|---|---|---|---|
| | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Heasley, John Christopher & Heasley, Heather
_____     Case No. _____
              Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**GE Money Bank**<br>**PO Box 960061**<br>**Orlando, FL  32896-0061** | | | **Assignee or other notification for:**<br>**Allied Interstate** | | | | |
| ACCOUNT NO.<br>**Ge Money Bank**<br>**Attn: Bankruptcy Dept**<br>**PO Box 103104**<br>**Roswell, GA  30076** | | | **Assignee or other notification for:**<br>**Allied Interstate** | | | | |
| ACCOUNT NO.<br>**Ge Money Bank**<br>**Legal Dept**<br>**777 Long Ridge Rd**<br>**Stanford, CT  06927** | | | **Assignee or other notification for:**<br>**Allied Interstate** | | | | |
| ACCOUNT NO. **2320**<br>**American Family Insurance**<br>**PO Box 9462**<br>**Minneapoli, MN  55440-9462** | | J | **Unknown - Insurance** | | | | **2,121.44** |
| ACCOUNT NO.<br>**American Family Insurance**<br>**6000 American Pkwy**<br>**Madison, WI  53783-0001** | | | **Assignee or other notification for:**<br>**American Family Insurance** | | | | |
| ACCOUNT NO.<br>**American Family Insurance**<br>**6131 Blue Circle Dr**<br>**Eden Prairie, MN  55343-9130** | | | **Assignee or other notification for:**<br>**American Family Insurance** | | | | |
| ACCOUNT NO.<br>**American Family Insurance**<br>**PO Box 1246**<br>**Minneapolis, MN  55440-1246** | | | **Assignee or other notification for:**<br>**American Family Insurance** | | | | |

Sheet no. ___**1**___ of ___**43**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $  **2,121.44**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Heasley, John Christopher & Heasley, Heather**                    Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **K444** <br><br>**Apria Healthcare** <br>**1328 S Highland Ave** <br>**Jackson, TN 38301** | | J | **Unknown - Medical** | | | | **109.10** |
| ACCOUNT NO. <br><br>**Apria Healthcare** <br>**PO Box 802826** <br>**Chicago, IL 60680-2017** | | | **Assignee or other notification for:** <br>**Apria Healthcare** | | | | |
| ACCOUNT NO. **2237** <br><br>**Barclays Bank Delaware** <br>**PO Box 8803** <br>**Wilmington, DE 19899** | | W | **09/2008 - Revolving / Credit Service - Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **3,320.00** |
| ACCOUNT NO. **9332** <br><br>**Capital One** <br>**PO Box 5155** <br>**Norcross, GA 30091** | | W | **07/2005 - Revolving / Credit Service - Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **1,015.00** |
| ACCOUNT NO. <br><br>**Allied Interstate** <br>**Re: Capital One** <br>**PO Box 1954** <br>**Southgate, MI 48195-0954** | | | **Assignee or other notification for:** <br>**Capital One** | | | | |
| ACCOUNT NO. <br><br>**Capital One** <br>**PO Box 85619** <br>**Richmond, VA 23285-5619** | | | **Assignee or other notification for:** <br>**Capital One** | | | | |
| ACCOUNT NO. <br><br>**Capital One** <br>**PO Box 30285** <br>**Salt Lake City, UT 84130-0285** | | | **Assignee or other notification for:** <br>**Capital One** | | | | |

Sheet no. _____**2**_____ of _____**43**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,444.10**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Heasley, John Christopher & Heasley, Heather _____ Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Capital One**<br>**PO Box 85167**<br>**Richmond, VA  23285-5167** | | | **Assignee or other notification for:**<br>**Capital One** | | | | |
| ACCOUNT NO.<br><br>**Capital One**<br>**701 Liberty Way**<br>**Chester, VA  92836-2702** | | | **Assignee or other notification for:**<br>**Capital One** | | | | |
| ACCOUNT NO.<br><br>**Capital One**<br>**PO Box 30281**<br>**Salt Lake City, UT  84130** | | | **Assignee or other notification for:**<br>**Capital One** | | | | |
| ACCOUNT NO.<br><br>**Capital One Bank Usa Na**<br>**PO Box 71083**<br>**Charlotte, NC  28272-1083** | | | **Assignee or other notification for:**<br>**Capital One** | | | | |
| ACCOUNT NO.<br><br>**Capital One Bank Usa Na**<br>**PO Box 60599**<br>**City Of Industry, CA  91716-0599** | | | **Assignee or other notification for:**<br>**Capital One** | | | | |
| ACCOUNT NO.<br><br>**Capital One Bank Usa Na**<br>**PO Box 30281**<br>**Salt Lake City, UT  84130** | | | **Assignee or other notification for:**<br>**Capital One** | | | | |
| ACCOUNT NO.<br><br>**Machol & Johannes LLC**<br>**Re: Capital One Bank**<br>**717 Seventeenth St Ste 2300**<br>**Denver, CO  80202** | | | **Assignee or other notification for:**<br>**Capital One** | | | | |

Sheet no. ____**3**____ of ____**43**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Heasley, John Christopher & Heasley, Heather**      Case No. _____
_____
Debtor(s)                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5939** <br><br> **Capital One** <br> **PO Box 5155** <br> **Norcross, GA  30091** | | W | **07/2004 - Revolving / Credit Service - Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **884.71** |
| ACCOUNT NO. <br><br> **Capital One** <br> **PO Box 71083** <br> **Charlotte, NC  28272-1083** | | | **Assignee or other notification for: Capital One** | | | | |
| ACCOUNT NO. <br><br> **Capital One** <br> **PO Box 30285** <br> **Salt Lake City, UT  84130-0285** | | | **Assignee or other notification for: Capital One** | | | | |
| ACCOUNT NO. <br><br> **Capital One** <br> **PO Box 85167** <br> **Richmond, VA  23285-5167** | | | **Assignee or other notification for: Capital One** | | | | |
| ACCOUNT NO. <br><br> **Capital One** <br> **701 Liberty Way** <br> **Chester, VA  92836-2702** | | | **Assignee or other notification for: Capital One** | | | | |
| ACCOUNT NO. <br><br> **Capital One** <br> **PO Box 30281** <br> **Salt Lake City, UT  84130** | | | **Assignee or other notification for: Capital One** | | | | |
| ACCOUNT NO. <br><br> **Capital One Bank Usa Na** <br> **PO Box 60599** <br> **City Of Industry, CA  91716-0599** | | | **Assignee or other notification for: Capital One** | | | | |

Sheet no. ____**4**____ of ____**43**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **884.71**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Heasley, John Christopher & Heasley, Heather**                     Case No. _____
_____
Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Capital One Bank Usa Na**<br>**PO Box 30281**<br>**Salt Lake City, UT  84130-0000** | | | **Assignee or other notification for: Capital One** | | | | |
| ACCOUNT NO.<br>**Global Credit & Collection Corp**<br>**Re: Capital One Bank**<br>**PO Box 101928 Dept 2417**<br>**Birmingham, AL  35210** | | | **Assignee or other notification for: Capital One** | | | | |
| ACCOUNT NO.<br>**Global Credit & Collection Corp**<br>**Re: Capital One Bank**<br>**PO Box 71083**<br>**Charlotte, NC  28272-1083** | | | **Assignee or other notification for: Capital One** | | | | |
| ACCOUNT NO.<br>**Global Credit & Collection Corp**<br>**Re: Capital One Bank**<br>**1776 S Jackson St #900**<br>**Denver, CO  80210** | | | **Assignee or other notification for: Capital One** | | | | |
| ACCOUNT NO.<br>**Global Credit & Collection Corp**<br>**Re: Capital One Bank**<br>**512 Bell St**<br>**Edmonds, WA  98020-3147** | | | **Assignee or other notification for: Capital One** | | | | |
| ACCOUNT NO. **A699**<br>**CCB Credit Services**<br>**Re: Hsbc Bank**<br>**5300 S 6th St**<br>**Springfield, IL  62703-5184** | | **W** | **Unknown - Collection** | | | | **466.66** |
| ACCOUNT NO.<br>**CCB Credit Services**<br>**Re: Hsbc Bank**<br>**PO Box 272**<br>**Springfield, IL  62705-0272** | | | **Assignee or other notification for: CCB Credit Services** | | | | |

Sheet no. ____**5**____ of ____**43**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **466.66**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Heasley, John Christopher & Heasley, Heather** _____ Case No. _____
          Debtor(s)                                        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CCB Credit Services**<br>**Re: Hsbc Bank**<br>**PO Box 1022**<br>**Wixom, MI  48393-1022** | | | Assignee or other notification for:<br>CCB Credit Services | | | | |
| ACCOUNT NO.<br>**CCB Credit Services**<br>**Re: Hsbc Bank**<br>**2100 W Drake Rd Ste 6**<br>**Fort Collins, CO  80526** | | | Assignee or other notification for:<br>CCB Credit Services | | | | |
| ACCOUNT NO.<br>**Hsbc Bank**<br>**Attn Aimee Daniels**<br>**71 S Wacker Dr**<br>**Chicago, IL  60606** | | | Assignee or other notification for:<br>CCB Credit Services | | | | |
| ACCOUNT NO. **5312**<br>**Chase / Bank One Card Serv**<br>**PO Box 15298**<br>**Wilmington, DE  19850** | | W | 05/2008 - Revolving / Credit Service - Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges | | | | **3,652.00** |
| ACCOUNT NO.<br>**Bank One / Chase**<br>**PO Box 15145**<br>**Wilmington, DE  19850** | | | Assignee or other notification for:<br>Chase / Bank One Card Serv | | | | |
| ACCOUNT NO.<br>**Chase Bank Usa**<br>**PO Box 15298**<br>**Wilmington, DE  19850** | | | Assignee or other notification for:<br>Chase / Bank One Card Serv | | | | |
| ACCOUNT NO.<br>**Chase Bank Usa Na**<br>**Recovery Dept**<br>**PO Box 10018**<br>**Kennesaw, GA  30156-9204** | | | Assignee or other notification for:<br>Chase / Bank One Card Serv | | | | |

Sheet no. ____**6**____ of ____**43**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **3,652.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ |

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Heasley, John Christopher & Heasley, Heather** _____   Case No. _____
                        Debtor(s)                                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5863** <br> **Chase Cardmember Service** <br> **PO Box 15548** <br> **Wilmington, DE  19886-5548** | | W | **Unknown - Revolving / Credit Service - Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **3,514.33** |
| ACCOUNT NO. <br> **Chase Bank Usa Na** <br> **Recovery Dept** <br> **PO Box 10018** <br> **Kennesaw, GA  30156-9204** | | | **Assignee or other notification for: Chase Cardmember Service** | | | | |
| ACCOUNT NO. <br> **Pentagroup Financial Llc** <br> **Re: Chase Bank Usa** <br> **PO Box 742209** <br> **Houston, TX  77274-2209** | | | **Assignee or other notification for: Chase Cardmember Service** | | | | |
| ACCOUNT NO. <br> **Pentagroup Financial Llc** <br> **Re: Chase Bank Usa Na** <br> **13111 E Briarwood Ave #340** <br> **Centennial, CO  80112** | | | **Assignee or other notification for: Chase Cardmember Service** | | | | |
| ACCOUNT NO. <br> **Pentagroup Financial Llc** <br> **Re: Chase Bank Usa Na** <br> **5959 Corporate Dr Ste 1400** <br> **Houston, TX  77036-0000** | | | **Assignee or other notification for: Chase Cardmember Service** | | | | |
| ACCOUNT NO. <br> **Phillips & Cohen Associates Ltd** <br> **Re Equable Ascent Financial** <br> **Mail Stop 2905 1002 Justison St** <br> **Wilmington, DE  19801** | | | **Assignee or other notification for: Chase Cardmember Service** | | | | |
| ACCOUNT NO. <br> **Phillips & Cohen Associates Ltd** <br> **Equable Ascent Financial** <br> **PO Box 5790** <br> **Hauppauge, NY  11788** | | | **Assignee or other notification for: Chase Cardmember Service** | | | | |

Sheet no. _____**7**___ of ___**43**___ continuation sheets attached to                                       Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                                             (Total of this page)  $  **3,514.33**

                                                                                                                    Total
                                              (Use only on last page of the completed Schedule F. Report also on
                                              the Summary of Schedules, and if applicable, on the Statistical
                                              Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Heasley, John Christopher & Heasley, Heather** _____   Case No. _____
_____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3054**<br>**Citi Cards**<br>**PO Box 6077**<br>**Sioux Falls, SD  57117-6077** | | H | **Unknown - Revolving / Credit Service - Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **1,549.22** |
| ACCOUNT NO.<br>**Citibank**<br>**1500 Boltonfield St**<br>**Columbus, OH  43228** | | | **Assignee or other notification for:**<br>**Citi Cards** | | | | |
| ACCOUNT NO.<br>**Citibank**<br>**PO Box 20487**<br>**Kansas City, MO  64195-0507** | | | **Assignee or other notification for:**<br>**Citi Cards** | | | | |
| ACCOUNT NO.<br>**Citibank**<br>**Attn: BCC/MS 743**<br>**1000 Technology Dr**<br>**OFallon, MO  63368-2240** | | | **Assignee or other notification for:**<br>**Citi Cards** | | | | |
| ACCOUNT NO.<br>**Home Depot Credit Services**<br>**PO Box 653000**<br>**Dallas, TX  75265-3000** | | | **Assignee or other notification for:**<br>**Citi Cards** | | | | |
| ACCOUNT NO.<br>**Home Depot Credit Services**<br>**PO Box 182676**<br>**Columbus, OH  43218-2676** | | | **Assignee or other notification for:**<br>**Citi Cards** | | | | |
| ACCOUNT NO.<br>**Home Depot Credit Services**<br>**PO Box 20483**<br>**Kansas City, MO  64195** | | | **Assignee or other notification for:**<br>**Citi Cards** | | | | |

Sheet no. _____ **8** of ____ **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,549.22**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE  Heasley, John Christopher & Heasley, Heather _____  Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Viking Collection Service Inc**<br>**PO Box 59207**<br>**Minneapolis, MN  55459-0207** | | | Assignee or other notification for:<br>Citi Cards | | | | |
| ACCOUNT NO.<br>**Viking Collection Service Inc**<br>**7500 Office Ridge Circle**<br>**Eden Prairie, MN  55344** | | | Assignee or other notification for:<br>Citi Cards | | | | |
| ACCOUNT NO.<br>**Viking Collection Service Inc**<br>**PO Box 1022**<br>**Wixom, MI  48393** | | | Assignee or other notification for:<br>Citi Cards | | | | |
| ACCOUNT NO.  **4665**<br>**Citi Cards**<br>**PO Box 6077**<br>**Sioux Falls, SD  57117-6077** | | J | **11/2001 - Revolving / Credit Service - Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **1,462.38** |
| ACCOUNT NO.<br>**Citi / Cbsd Na**<br>**PO Box 6497**<br>**Sioux Falls, SD  57117-6497** | | | Assignee or other notification for:<br>Citi Cards | | | | |
| ACCOUNT NO.<br>**Citi Cards**<br>**PO Box 688901**<br>**Des Moines, IA  50368-8901** | | | Assignee or other notification for:<br>Citi Cards | | | | |
| ACCOUNT NO.<br>**Citibank**<br>**PO Box 20487**<br>**Kansas City, MO  64195-0507** | | | Assignee or other notification for:<br>Citi Cards | | | | |

Sheet no. ____**9**___ of ___**43**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,462.38**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE  Heasley, John Christopher & Heasley, Heather _____   Case No. _____
                           Debtor(s)                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Citibank**<br>**Attn: BCC/MS 743**<br>**1000 Technology Dr**<br>**OFallon, MO  63368-2240** | | | **Assignee or other notification for:**<br>**Citi Cards** | | | | |
| ACCOUNT NO.<br>**Citibank**<br>**PO Box 6241**<br>**Sioux Falls, SD  57117** | | | **Assignee or other notification for:**<br>**Citi Cards** | | | | |
| ACCOUNT NO.<br>**Citicards**<br>**1500 Boltonfield St**<br>**Columbus, OH  43228** | | | **Assignee or other notification for:**<br>**Citi Cards** | | | | |
| ACCOUNT NO.<br>**Citicards**<br>**PO Box 142319**<br>**Irving, TX  75014-2319** | | | **Assignee or other notification for:**<br>**Citi Cards** | | | | |
| ACCOUNT NO.<br>**Citicorp Credit Services**<br>**7920 NW 110th St Bldg 1**<br>**Kansas City, MO  64153** | | | **Assignee or other notification for:**<br>**Citi Cards** | | | | |
| ACCOUNT NO. **1960**<br>**Client Services Inc**<br>**Re: Citibank / Home Depot**<br>**3451 Harry Truman Blvd**<br>**Saint Charles, MO  63301-4047** | | H | **Unknown - Collection** | | | | **1,549.22** |
| ACCOUNT NO.<br>**Client Services Inc**<br>**Re: Citibank / Home Depot**<br>**PO Box 1503**<br>**St Peters, MO  63376-0027** | | | **Assignee or other notification for:**<br>**Client Services Inc** | | | | |

Sheet no. ___**10**___ of ___**43**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **1,549.22**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Heasley, John Christopher & Heasley, Heather _____   Case No. _____
                                    Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Client Services Inc  Re: Citibank / Home Depot  PO Box 1503  St Peters, MO  63376 | | | Assignee or other notification for: Client Services Inc | | | | |
| ACCOUNT NO.  Client Services Inc  Re: Citibank / Home Depot  1776 S Jackson St Ste 900  Denver, CO  80210 | | | Assignee or other notification for: Client Services Inc | | | | |
| ACCOUNT NO.  Home Depot Credit Services  PO Box 20483  Kansas City, MO  64195 | | | Assignee or other notification for: Client Services Inc | | | | |
| ACCOUNT NO.  ther  Colorado Department Of Revenue  1375 Sherman St  Denver, CO  80261-0004 | | J | Unknown - Taxes - Debtor(s) believe that nothing is owed to this creditor on the day of filing and the Debtor(s), Trustee or other creditors may object to a proof of claim if filed by this entity. | | | | 0.00 |
| ACCOUNT NO.  Attorney General For Colorado  1225 17th St Ste 700  Denver, CO  80202-5598 | | | Assignee or other notification for: Colorado Department Of Revenue | | | | |
| ACCOUNT NO.  U.S. Attorney General  950 Pennsylvania Ave NW  Washington, DC  20530-0001 | | | Assignee or other notification for: Colorado Department Of Revenue | | | | |
| ACCOUNT NO.  1468  Dell Financial Services Llc  PO Box 81577  Austin, TX  78708 | | H | 02/2004 - Revolving / Credit Service - Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges | | | | 3,098.23 |

Sheet no. __11__ of __43__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  3,098.23

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

**IN RE** Heasley, John Christopher & Heasley, Heather _____ Case No. _____
                        Debtor(s)                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Dell Computer / Web Bank**<br>**PO Box 81577**<br>**Austin, TX  78708** | | | Assignee or other notification for:<br>**Dell Financial Services Llc** | | | | |
| ACCOUNT NO.<br><br>**Dell Financial Services**<br>**12334 N IH 35**<br>**Austin, TX  78753** | | | Assignee or other notification for:<br>**Dell Financial Services Llc** | | | | |
| ACCOUNT NO.<br><br>**Dell Financial Services**<br>**1 Dell Way PS2DF-2**<br>**Round Rock, TX  78682** | | | Assignee or other notification for:<br>**Dell Financial Services Llc** | | | | |
| ACCOUNT NO.<br><br>**Dell Preferred Account**<br>**PO Box 81585**<br>**Austin, TX  78708-1585** | | | Assignee or other notification for:<br>**Dell Financial Services Llc** | | | | |
| ACCOUNT NO.<br><br>**Dell Preferred Account**<br>**C/O DFS Customer Care Dept**<br>**PO Box 81577**<br>**Austin, TX  78708-1577** | | | Assignee or other notification for:<br>**Dell Financial Services Llc** | | | | |
| ACCOUNT NO.<br><br>**Dell Preferred Account**<br>**Payment Processing Center**<br>**PO Box 6403**<br>**Carol Stream, IL  60197-6403** | | | Assignee or other notification for:<br>**Dell Financial Services Llc** | | | | |
| ACCOUNT NO.<br><br>**United Recovery Systems Lp**<br>**Re: Dell Financial Services**<br>**5800 N Course Dr**<br>**Houston, TX  77072** | | | Assignee or other notification for:<br>**Dell Financial Services Llc** | | | | |

Sheet no. ___**12**___ of ___**43**___ continuation sheets attached to                   Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims        (Total of this page)   $

                                                         Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Heasley, John Christopher & Heasley, Heather**                              Case No. _____

                          Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**United Recovery Systems Lp**<br>**Re: Dell Financial Services**<br>**PO Box 722929**<br>**Houston, TX  77272-2929** | | | Assignee or other notification for:<br>Dell Financial Services Llc | | | | |
| ACCOUNT NO.<br>**United Recovery Systems Lp**<br>**Re: Dell Financial Services**<br>**80 Garden Center Ste 3**<br>**Broomfield, CO  80020** | | | Assignee or other notification for:<br>Dell Financial Services Llc | | | | |
| ACCOUNT NO.  **519**<br>**Equable Ascent Financial LLC**<br>**Re: Chase Bank**<br>**1120 W Lake Cook Rd Ste B**<br>**Buffalo Grove, IL  60089-1970** | | W | 01/2011 - Collection | | | | **3,652.00** |
| ACCOUNT NO.<br>**Chase Bank Usa Na**<br>**Recovery Dept**<br>**PO Box 10018**<br>**Kennesaw, GA  30156-9204** | | | Assignee or other notification for:<br>Equable Ascent Financial LLC | | | | |
| ACCOUNT NO.<br>**Phillips & Cohen Associates Ltd**<br>**Re Equabel Ascent Financial**<br>**Mail Stop 2905 1002 Justison St**<br>**Wilmington, DE  19801** | | | Assignee or other notification for:<br>Equable Ascent Financial LLC | | | | |
| ACCOUNT NO.<br>**Phillips & Cohen Associates Ltd**<br>**RE Equable Ascent Fiancial**<br>**PO 5790**<br>**Hauppauge, NY  11788** | | | Assignee or other notification for:<br>Equable Ascent Financial LLC | | | | |
| ACCOUNT NO.  **ther**<br>**Equifax Information Services LLC**<br>**PO Box 740241**<br>**Atlanta, GA  30374-0241** | | J | Unknown - Credit Report - Debtor(s) believe that nothing is owed to this creditor on the day of filing and the Debtor(s), Trustee or other creditors may object to a proof of claim if filed by this entity. | | | | **0.00** |

Sheet no. ___**13**___ of ___**43**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **3,652.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Heasley, John Christopher & Heasley, Heather _____ Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **ther**<br>**Experian**<br>**PO Box 9529**<br>**Allen, TX 75013-9529** | | J | **Unknown - Credit Report - Debtor(s) believe that nothing is owed to this creditor on the day of filing and the Debtor(s), Trustee or other creditors may object to a proof of claim if filed by this entity.** | | | | **0.00** |
| ACCOUNT NO. **4146**<br>**Farrell & Seldin**<br>**Re: Gemb / American Honda**<br>**7807 E Peakview Ave Ste 410**<br>**Englewood, CO 80111** | | H | **Unknown - Collection** | | | | **4,157.71** |
| ACCOUNT NO.<br>**Farrell & Seldin**<br>**Re: Gemb / American Honda**<br>**6605 Uptown Blvd, NE, Ste 220**<br>**Albuquerque, NM 87110** | | | **Assignee or other notification for:**<br>**Farrell & Seldin** | | | | |
| ACCOUNT NO.<br>**GE Money Bank**<br>**PO Box 981127**<br>**El Paso, TX 79998-1127** | | | **Assignee or other notification for:**<br>**Farrell & Seldin** | | | | |
| ACCOUNT NO.<br>**GE Money Bank**<br>**PO Box 960061**<br>**Orlando, FL 32896-0061** | | | **Assignee or other notification for:**<br>**Farrell & Seldin** | | | | |
| ACCOUNT NO.<br>**Ge Money Bank**<br>**Attn: Bankruptcy Dept**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | | **Assignee or other notification for:**<br>**Farrell & Seldin** | | | | |
| ACCOUNT NO.<br>**Ge Money Bank**<br>**Legal Dept**<br>**777 Long Ridge Rd**<br>**Stanford, CT 06927** | | | **Assignee or other notification for:**<br>**Farrell & Seldin** | | | | |

Sheet no. __14__ of __43__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,157.71**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Heasley, John Christopher & Heasley, Heather _____   Case No. _____
                                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Honda Card / Gemb**<br>**PO Box 960061**<br>**Orlando, FL  32896-0061** | | | Assignee or other notification for:<br>**Farrell & Seldin** | | | | |
| ACCOUNT NO.  **0924**<br>**Farrell & Seldin**<br>**Re: GE Money Bank**<br>**7807 E Peakview Ave Ste 410**<br>**Centennial, CO  80111** | | J | **Unknown - Unknown. Debtor(s) believe that nothing is owed to this creditor on the day of filing and the Debtor(s), Trustee or other creditors may object to a proof of claim if filed by this entity.** | | | | **0.00** |
| ACCOUNT NO.<br>**Farrell & Seldin**<br>**Re GE Money Bank**<br>**PO Box 31066 6605 Uptown Blvd NE Ste 220**<br>**Albuquerque, NM  87110** | | | Assignee or other notification for:<br>**Farrell & Seldin** | | | | |
| ACCOUNT NO.  **6872**<br>**First National Credit Card**<br>**PO Box 5097**<br>**Sioux Falls, SD  57117-5097** | | W | **10/2002 - Revolving / Credit Service - Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **1,171.00** |
| ACCOUNT NO.<br>**Ccs / First National Bank**<br>**500 E 60th St N**<br>**Sioux Falls, SD  57104** | | | Assignee or other notification for:<br>**First National Credit Card** | | | | |
| ACCOUNT NO.<br>**First National Credit Ca**<br>**500 E 60th St N**<br>**Sioux Falls, SD  57104-0478** | | | Assignee or other notification for:<br>**First National Credit Card** | | | | |
| ACCOUNT NO.<br>**First National Credit Card Cmc**<br>**500 E 60th St N**<br>**Sioux Falls, SD  57104-0478** | | | Assignee or other notification for:<br>**First National Credit Card** | | | | |

Sheet no. ____**15**____ of ____**43**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,171.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Heasley, John Christopher & Heasley, Heather _____ Case No. _____
                    Debtor(s)                                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ltd Financial Services LP**<br>**Re: First National Credit Card**<br>**7322 Southwest Fwy Ste 1600**<br>**Houston, TX  77074** | | | Assignee or other notification for:<br>**First National Credit Card** | | | | |
| ACCOUNT NO.<br>**Ltd Financial Services LP**<br>**Re: First National Credit Card**<br>**PO Box 630769**<br>**Houston, TX  77263-0769** | | | Assignee or other notification for:<br>**First National Credit Card** | | | | |
| ACCOUNT NO.<br>**Ltd Financial Services LP**<br>**Re: First National Credit Card**<br>**80 Garden Center Ste 3**<br>**Broomfield, CO  80020** | | | Assignee or other notification for:<br>**First National Credit Card** | | | | |
| ACCOUNT NO. **0881**<br>**Firstsource Advantage, LLC**<br>**Re: Hsbc Bank**<br>**205 Bryant Woods South**<br>**Amherst, NY  14228** | | H | 09/2001 - Collection | | | | **5,582.16** |
| ACCOUNT NO.<br>**Firstsource Advantage, LLC**<br>**Re: Hsbc Bank**<br>**PO Box 628**<br>**Buffalo, NY  14240-0628** | | | Assignee or other notification for:<br>**Firstsource Advantage, LLC** | | | | |
| ACCOUNT NO.<br>**Firstsource Advantage, LLC**<br>**Re: Hsbc Bank**<br>**PO Box 2270**<br>**Southgate, MI  48195-4270** | | | Assignee or other notification for:<br>**Firstsource Advantage, LLC** | | | | |
| ACCOUNT NO.<br>**Firstsource Advantage, LLC**<br>**Re: Hsbc Bank**<br>**80 Garden Center Ste 3**<br>**Broomfield, CO  80020** | | | Assignee or other notification for:<br>**Firstsource Advantage, LLC** | | | | |

Sheet no. __16__ of __43__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,582.16**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) -- Cont.

IN RE Heasley, John Christopher & Heasley, Heather _____ Case No. _____
                                    Debtor(s)                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hsbc / Polaris<br>PO Box 15524<br>Wilmington, DE  19850 | | | Assignee or other notification for:<br>Firstsource Advantage, LLC | | | | |
| ACCOUNT NO.<br>Hsbc Bank<br>PO Box 5253<br>Carol Stream, IL  60197-5253 | | | Assignee or other notification for:<br>Firstsource Advantage, LLC | | | | |
| ACCOUNT NO.<br>Hsbc Bank<br>PO Box 5253<br>Carol Stream, IL  60197 | | | Assignee or other notification for:<br>Firstsource Advantage, LLC | | | | |
| ACCOUNT NO.<br>HSBC Polaris<br>PO Box 5253<br>Carol Stream, IL  60197 | | | Assignee or other notification for:<br>Firstsource Advantage, LLC | | | | |
| ACCOUNT NO.<br>Hsbc Retail Services<br>PO Box 60107<br>City Of Industry, CA  91716-0107 | | | Assignee or other notification for:<br>Firstsource Advantage, LLC | | | | |
| ACCOUNT NO.<br>Hsbc Retail Services<br>PO Box 15521<br>Wilmington, DE  19850-5521 | | | Assignee or other notification for:<br>Firstsource Advantage, LLC | | | | |
| ACCOUNT NO. 4693<br>Honda Card / Gemb<br>PO Box 960061<br>Orlando, FL  32896-0061 | | H | 05/2004 - Revolving / Credit Service - Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges | | | | 4,157.71 |

Sheet no. __17__ of __43__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 4,157.71

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Heasley, John Christopher & Heasley, Heather _____ Case No. _____
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　　　　　　　　Amer Honda / Gecccc / Gemb PO Box 981439 El Paso, TX  79998 | | | Assignee or other notification for: Honda Card / Gemb | | | | |
| ACCOUNT NO.　　　　　　　　GE Money Bank PO Box 981127 El Paso, TX  79998-1127 | | | Assignee or other notification for: Honda Card / Gemb | | | | |
| ACCOUNT NO.　　　　　　　　GE Money Bank 140 Wekiva Springs Rd Longwood, FL  32779 | | | Assignee or other notification for: Honda Card / Gemb | | | | |
| ACCOUNT NO.　　　　　　　　GE Money Bank PO Box 981438 El Paso, TX  79998-1438 | | | Assignee or other notification for: Honda Card / Gemb | | | | |
| ACCOUNT NO.　　　　　　　　GE Money Bank PO Box 981439 El Paso, TX  79998-1439 | | | Assignee or other notification for: Honda Card / Gemb | | | | |
| ACCOUNT NO.　　　　　　　　GE Money Bank PO Box 103106 Rosewell, GA  30076 | | | Assignee or other notification for: Honda Card / Gemb | | | | |
| ACCOUNT NO.　　　　　　　　GE Money Bank PO Box 530960 Atlanta, GA  30353-0960 | | | Assignee or other notification for: Honda Card / Gemb | | | | |

Sheet no. __**18**__ of __**43**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc.[1-800-998-2424] – Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Heasley, John Christopher & Heasley, Heather _____ Case No. _____
                         Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ge Money Bank**<br>**Bankruptcy Dept**<br>**PO Box 103104**<br>**Roswell, GA  30076** | | | Assignee or other notification for:<br>**Honda Card / Gemb** | | | | |
| ACCOUNT NO.<br>**Ge Money Bank**<br>**Legal Dept**<br>**777 Long Ridge Rd**<br>**Stanford, CT  06927** | | | Assignee or other notification for:<br>**Honda Card / Gemb** | | | | |
| ACCOUNT NO.<br>**Gemb / American Honda**<br>**PO Box 981439**<br>**El Paso, TX  79998** | | | Assignee or other notification for:<br>**Honda Card / Gemb** | | | | |
| ACCOUNT NO. **4505**<br>**HSBC Card Services**<br>**PO Box 60102**<br>**City Of Industry, CA  91716-0102** | | H | **03/2005 - Revolving / Credit Service - Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **851.72** |
| ACCOUNT NO.<br>**HSBC**<br>**Payment Processing Center**<br>**PO Box 4155**<br>**Carol Stream, IL  60197-9907** | | | Assignee or other notification for:<br>**HSBC Card Services** | | | | |
| ACCOUNT NO.<br>**Hsbc Bank**<br>**PO Box 5253**<br>**Carol Stream, IL  60197-5253** | | | Assignee or other notification for:<br>**HSBC Card Services** | | | | |
| ACCOUNT NO.<br>**Hsbc Bank**<br>**Attn Aimee Daniels**<br>**71 S Wacker Dr**<br>**Chicago, IL  60606** | | | Assignee or other notification for:<br>**HSBC Card Services** | | | | |

Sheet no. **19** of **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **851.72**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Heasley, John Christopher & Heasley, Heather _____ Case No. _____
                                         Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] – Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hsbc Bank**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | | | **Assignee or other notification for:**<br>**HSBC Card Services** | | | | |
| ACCOUNT NO.<br>**Hsbc Bank**<br>**Attn: Dispute Processing**<br>**12447 SW 69th Ave**<br>**Tigard, OR 97223-8517** | | | **Assignee or other notification for:**<br>**HSBC Card Services** | | | | |
| ACCOUNT NO.<br>**HSBC Card Services**<br>**PO Box 81622**<br>**Salinas, CA 93912-1622** | | | **Assignee or other notification for:**<br>**HSBC Card Services** | | | | |
| ACCOUNT NO. **0507**<br>**HSBC Card Services**<br>**PO Box 60102**<br>**City Of Industry, CA 91716-0102** | | H | **02/2006 - Revolving / Credit Service - Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **950.67** |
| ACCOUNT NO.<br>**Hsbc Bank**<br>**PO Box 5253**<br>**Carol Stream, IL 60197-5253** | | | **Assignee or other notification for:**<br>**HSBC Card Services** | | | | |
| ACCOUNT NO.<br>**Hsbc Bank**<br>**Attn Aimee Daniels**<br>**71 S Wacker Dr**<br>**Chicago, IL 60606** | | | **Assignee or other notification for:**<br>**HSBC Card Services** | | | | |
| ACCOUNT NO.<br>**Hsbc Bank**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | | | **Assignee or other notification for:**<br>**HSBC Card Services** | | | | |

Sheet no. **20** of **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
                           (Total of this page) $ **950.67**

                                          Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

**B6F (Official Form 6F) (12/07) – Cont.**

**IN RE** Heasley, John Christopher & Heasley, Heather _____ Case No. _____
                      Debtor(s)                                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Hsbc Bank** <br> **PO Box 98706** <br> **Las Vegas, NV  89193-8706** | | | **Assignee or other notification for:** <br> **HSBC Card Services** | | | | |
| ACCOUNT NO. <br> **HSBC Card Services** <br> **PO Box 81622** <br> **Salinas, CA  93912-1622** | | | **Assignee or other notification for:** <br> **HSBC Card Services** | | | | |
| ACCOUNT NO.  **0157** <br> **Hsbc Retail Services** <br> **PO Box 5253** <br> **Carol Stream, IL  60197** | | J | **08/2002 - Revolving / Credit Service - Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges. Debtor (s) believe that nothing is owed to this creditor on the day of filing and the Debtor(s), Trustee or other creditors may object to a proof of claim if filed by this entity.** | | | | **0.00** |
| ACCOUNT NO. <br> **Hsbc Bank** <br> **Attn Aimee Daniels** <br> **71 S Wacker Dr** <br> **Chicago, IL  60606** | | | **Assignee or other notification for:** <br> **Hsbc Retail Services** | | | | |
| ACCOUNT NO. <br> **Hsbc Retail Services** <br> **90 Christiana Rd** <br> **New Castle, DE  19720** | | | **Assignee or other notification for:** <br> **Hsbc Retail Services** | | | | |
| ACCOUNT NO.  **6817** <br> **Internal Revenue Service** <br> **Ogden, UT  84201-0025** | | H | **2006 - Tax Debt** | | | | **4,094.99** |
| ACCOUNT NO. <br> **Attorney General For Colorado** <br> **1225 17th St Ste 700** <br> **Denver, CO  80202-5598** | | | **Assignee or other notification for:** <br> **Internal Revenue Service** | | | | |

Sheet no. _____ **21** _____ of _____ **43** _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,094.99**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Heasley, John Christopher & Heasley, Heather** _____   Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service<br>PO Box 105416<br>Atlanta, GA  30348-5416** | | | **Assignee or other notification for:<br>Internal Revenue Service** | | | | |
| ACCOUNT NO.<br>**Internal Revenue Service<br>PO Box 660002<br>Dallas, TX  75266-0002** | | | **Assignee or other notification for:<br>Internal Revenue Service** | | | | |
| ACCOUNT NO.<br>**Internal Revenue Service<br>Attn Bankruptcy Dept<br>PO Box 21126<br>Philadelphia, PA  19114-0326** | | | **Assignee or other notification for:<br>Internal Revenue Service** | | | | |
| ACCOUNT NO.<br>**U.S. Attorney<br>Attn: Tamara Kotzker<br>1244 Speer Blvd. # 500<br>Denver, CO  80202** | | | **Assignee or other notification for:<br>Internal Revenue Service** | | | | |
| ACCOUNT NO. **ther**<br>**Internal Revenue Service<br>Attn Bankruptcy Dept<br>PO Box 21126<br>Philadelphia, PA  19114-0326** | | J | **Unknown - Taxes - Debtor(s) believe that nothing is owed to this creditor on the day of filing and the Debtor(s), Trustee or other creditors may object to a proof of claim if filed by this entity.** | | | | **0.00** |
| ACCOUNT NO.<br>**Attorney General For Colorado<br>1225 17th St Ste 700<br>Denver, CO  80202-5598** | | | **Assignee or other notification for:<br>Internal Revenue Service** | | | | |
| ACCOUNT NO.<br>**U.S. Attorney General<br>950 Pennsylvania Ave NW<br>Washington, DC  20530-0001** | | | **Assignee or other notification for:<br>Internal Revenue Service** | | | | |

Sheet no. **22** of **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Heasley, John Christopher & Heasley, Heather** _____  Case No. _____
                                                          Debtor(s)                                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0676** <br> **Kaiser Permanente** <br> **PO Box 373030** <br> **Denver, CO  80237-7030** | | W | 04/2011 - Medical | | | | **963.00** |
| ACCOUNT NO. <br> **Kaiser Foundation Health Plan Of Co.** <br> **Dept. 1603** <br> **Denver, CO  80217-1603** | | | Assignee or other notification for: <br> Kaiser Permanente | | | | |
| ACCOUNT NO. <br> **Kaiser Permanente** <br> **Dept 1697** <br> **Denver, CO  80271-1697** | | | Assignee or other notification for: <br> Kaiser Permanente | | | | |
| ACCOUNT NO. **5313** <br> **Kaiser Permanente** <br> **PO Box 203009** <br> **Denver, CO  80220-9009** | | W | Unknown - Insurance. Debtor(s) believe that nothing is owed to this creditor on the day of filing and the Debtor(s), Trustee or other creditors may object to a proof of claim if filed by this entity. | | | | **0.00** |
| ACCOUNT NO. <br> **Kaiser Permanente Insurance Co** <br> **2500 S Havana St** <br> **Aurora, CO  80014** | | | Assignee or other notification for: <br> Kaiser Permanente | | | | |
| ACCOUNT NO. **8801** <br> **Kaiser Permanente** <br> **PO Box 203009** <br> **Denver, CO  80220-9009** | | W | Unknown - Insurance | | | | **1,388.22** |
| ACCOUNT NO. <br> **Kaiser Permanente Health Plan Of CO** <br> **Dept 1697** <br> **Denver, CO  80271-1697** | | | Assignee or other notification for: <br> Kaiser Permanente | | | | |

Sheet no. **23** of **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                Subtotal
                                                      (Total of this page) $  **2,351.22**

                                                                   Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Heasley, John Christopher & Heasley, Heather**                    Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2640** <br> **Kaiser Permanente** <br> **PO Box 203004** <br> **Denver, CO  80220-9004** | | W | Unknown - Insurance | | | | **316.61** |
| ACCOUNT NO. <br> **Kaiser Permanente** <br> **Dept 374** <br> **Denver, CO  80281-0374** | | | Assignee or other notification for: <br> Kaiser Permanente | | | | |
| ACCOUNT NO. **6955** <br> **Kaiser Permanente** <br> **PO Box 203004** <br> **Denver, CO  80220-9004** | | J | Unknown - Medical | | | | **181.68** |
| ACCOUNT NO. <br> **Kaiser Permanente** <br> **Dept 1603** <br> **Denver, CO  80271** | | | Assignee or other notification for: <br> Kaiser Permanente | | | | |
| ACCOUNT NO. **9397** <br> **Kaiser Permanente** <br> **PO Box 203004** <br> **Denver, CO  80220-9004** | | J | Unknown - Medical | | | | **188.51** |
| ACCOUNT NO. <br> **BC Services** <br> **PO Box 1317** <br> **Longmont, CO  80502** | | | Assignee or other notification for: <br> Kaiser Permanente | | | | |
| ACCOUNT NO. <br> **BC Services** <br> **451 21st Ave** <br> **Longmont, CO  80501** | | | Assignee or other notification for: <br> Kaiser Permanente | | | | |

Sheet no. ____**24**____ of ____**43**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **686.80**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Heasley, John Christopher & Heasley, Heather                    Case No. _____
_____
        Debtor(s)                                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1601**<br>**Kohl's**<br>**PO Box 3084**<br>**Milwaukee, WI 53201-3084** | | H | **12/2008 - Revolving / Credit Service - Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **501.00** |
| ACCOUNT NO.<br>**Kohl's / Chase**<br>**PO Box 3115**<br>**Milwaukee, WI 53201** | | | **Assignee or other notification for:**<br>**Kohl's** | | | | |
| ACCOUNT NO.<br>**Kohl's Credit / Recovery**<br>**PO Box 3004**<br>**Milwaukee, WI 53201** | | | **Assignee or other notification for:**<br>**Kohl's** | | | | |
| ACCOUNT NO.<br>**Kohls / Chase**<br>**PO Box 3115**<br>**Milwaukee, WI 53201-3115** | | | **Assignee or other notification for:**<br>**Kohl's** | | | | |
| ACCOUNT NO. **5683**<br>**Kohl's Credit / Recovery**<br>**PO Box 3004**<br>**Milwaukee, WI 53201** | | J | **Unknown - Revolving / Credit Service - Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges.Debtor (s) believe that nothing is owed to this creditor on the day of filing and the Debtor(s), Trustee or other creditors may object to a proof of claim if filed by this entity.** | | | | **0.00** |
| ACCOUNT NO.<br>**Kohl's Credit / Recovery**<br>**PO Box 3004**<br>**Milwaukee, WI 53201** | | | **Assignee or other notification for:**<br>**Kohl's Credit / Recovery** | | | | |
| ACCOUNT NO. **6809**<br>**Midland Credit Management**<br>**Re: Credit One Bank**<br>**PO Box 603 Dept 12421**<br>**Oaks, PA 19456** | | W | **04/2011 - Collection** | | | | **699.35** |

Sheet no. **25** of **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,200.35**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Heasley, John Christopher & Heasley, Heather _____ Case No. _____
                                    Debtor(s)                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Credit One Bank**<br>**PO Box 98875**<br>**Las Vegas, NV  89193** | | | Assignee or other notification for:<br>Midland Credit Management | | | | |
| ACCOUNT NO.<br>**MCM Credit Reporting Dept**<br>**Re: Credit One Bank**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA  92123** | | | Assignee or other notification for:<br>Midland Credit Management | | | | |
| ACCOUNT NO.<br>**Midland Credit Management**<br>**Re: Credit One Bank**<br>**PO Box 60578**<br>**Los Angeles, CA  90060-0578** | | | Assignee or other notification for:<br>Midland Credit Management | | | | |
| ACCOUNT NO.<br>**Midland Credit Management**<br>**Re: Credit One Bank**<br>**PO Box 939019**<br>**San Diego, CA  92193-9019** | | | Assignee or other notification for:<br>Midland Credit Management | | | | |
| ACCOUNT NO.<br>**Midland Credit Mgmt Inc.**<br>**Re: Credit One Bank**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA  92123** | | | Assignee or other notification for:<br>Midland Credit Management | | | | |
| ACCOUNT NO. **1804**<br>**Mister Money USA #34**<br>**MMRD LLC**<br>**1540 Main St**<br>**Longmont, CO  80501** | | W | 03/2001 - Payday Loan | | | | **673.08** |
| ACCOUNT NO. **ther**<br>**Monumental Life Insurance Co**<br>**Direct Response Division**<br>**520 Park Ave**<br>**Baltimore, MD  21201** | | J | Unknown - Insurance. Debtor(s) believe that nothing is owed to this creditor on the day of filing and the Debtor(s), Trustee or other creditors may object to a proof of claim if filed by this entity. | | | | **0.00** |

Sheet no. **26** of **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **673.08**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Heasley, John Christopher & Heasley, Heather                    Case No. _____
_____
           Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Monumental Life Insurance Co**<br>**PO Box 149104**<br>**Austin, TX  78714-9104** | | | Assignee or other notification for:<br>**Monumental Life Insurance Co** | | | | |
| **ACCOUNT NO. 6305**<br>**Nar Inc**<br>**Re: Emergency Serv Physicians**<br>**5225 Wiley Post Wy #410**<br>**Salt Lake City, UT  84116** | | H | 07/2009 - Collection | | | | **161.00** |
| **ACCOUNT NO.**<br>**Emergency Service Physicians**<br>**PO Box 808**<br>**Grand Rapids, MI  49518-0808** | | | Assignee or other notification for:<br>**Nar Inc** | | | | |
| **ACCOUNT NO.**<br>**North American Recovery**<br>**Re: Emergency Serv Physicians**<br>**10 W Broadway 9th Fl**<br>**Salt Lake City, UT  84101-0000** | | | Assignee or other notification for:<br>**Nar Inc** | | | | |
| **ACCOUNT NO. 5436**<br>**Nar Inc**<br>**Re: Emergency Serv Physicians**<br>**5225 Wiley Post Wy #410**<br>**Salt Lake City, UT  84116** | | W | 04/2010 - Collection | | | | **83.00** |
| **ACCOUNT NO.**<br>**Emergency Service Physicians**<br>**PO Box 808**<br>**Grand Rapids, MI  49518-0808** | | | Assignee or other notification for:<br>**Nar Inc** | | | | |
| **ACCOUNT NO.**<br>**North American Recovery**<br>**Re: Emergency Serv Physicians**<br>**10 W Broadway 9th Fl**<br>**Salt Lake City, UT  84101-0000** | | | Assignee or other notification for:<br>**Nar Inc** | | | | |

Sheet no. __27__ of __43__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **244.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Heasley, John Christopher & Heasley, Heather _____ Case No. _____
                   Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6808**<br><br>**NCO Financial Systems Inc**<br>**Re: Credit One Bank Na**<br>**6041 S Syracuse Way Ste 210**<br>**Greenwood Village, CO  80111** | | J | 06/2009 - Collection | | | | **638.00** |
| ACCOUNT NO.<br><br>**Allianceone Receivables Mgmt Inc**<br>**Re: Credit One Bank**<br>**4850 Street Rd Ste 300**<br>**Trevose, PA  19053** | | | Assignee or other notification for:<br>NCO Financial Systems Inc | | | | |
| ACCOUNT NO.<br><br>**Allianceone Receivables Mgmt Inc**<br>**Re: Credit One Bank**<br>**PO Box 60500**<br>**City Of Industry, CA  91716-0500** | | | Assignee or other notification for:<br>NCO Financial Systems Inc | | | | |
| ACCOUNT NO.<br><br>**Allianceone Receivables Mgmt Inc**<br>**C/O Plotkin & Plotkin PC**<br>**631 Seventeenth St Ste 1800**<br>**Denver, CO  80293** | | | Assignee or other notification for:<br>NCO Financial Systems Inc | | | | |
| ACCOUNT NO.<br><br>**Credit One Bank**<br>**PO Box 98873**<br>**Las Vegas, NV  89193-8873** | | | Assignee or other notification for:<br>NCO Financial Systems Inc | | | | |
| ACCOUNT NO.<br><br>**Credit One Bank**<br>**PO Box 60500**<br>**City Of Industry, CA  91716-0500** | | | Assignee or other notification for:<br>NCO Financial Systems Inc | | | | |
| ACCOUNT NO.<br><br>**Credit One Bank**<br>**PO Box 98873**<br>**Las Vegas, NV  89193-8873** | | | Assignee or other notification for:<br>NCO Financial Systems Inc | | | | |

Sheet no. __28__ of __43__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **638.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Heasley, John Christopher & Heasley, Heather _____ Case No. _____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Credit One Bank** <br> **PO Box 98872** <br> **Las Vegas, NV 89193-8872** | | | **Assignee or other notification for:** <br> **NCO Financial Systems Inc** | | | | |
| ACCOUNT NO. <br> **Credit One Bank** <br> **PO Box 98873** <br> **Las Vegas, NV 89193-8873** | | | **Assignee or other notification for:** <br> **NCO Financial Systems Inc** | | | | |
| ACCOUNT NO. <br> **NCO Financial Systems Inc** <br> **Re: Credit One Bank Na** <br> **4740 Baxter Rd** <br> **Virgina Beach, VA 23462** | | | **Assignee or other notification for:** <br> **NCO Financial Systems Inc** | | | | |
| ACCOUNT NO. <br> **NCO Financial Systems Inc** <br> **Re: Credit One Bank Na** <br> **PO Box 12100 Dept 64** <br> **Trenton, NJ 08650** | | | **Assignee or other notification for:** <br> **NCO Financial Systems Inc** | | | | |
| ACCOUNT NO. <br> **NCO Financial Systems Inc** <br> **Re: Credit One Bank** <br> **507 Prudential Rd** <br> **Horsham, PA 19044-2308** | | | **Assignee or other notification for:** <br> **NCO Financial Systems Inc** | | | | |
| ACCOUNT NO. <br> **NCO Financial Systems Inc** <br> **Re: Credit One Bank** <br> **150 Crosspoint Business Park** <br> **Getzville, NY 14068** | | | **Assignee or other notification for:** <br> **NCO Financial Systems Inc** | | | | |
| ACCOUNT NO. <br> **NCO Financial Systems Inc** <br> **Re: Credit One Bank** <br> **507 Prudential Rd** <br> **Horsham, PA 19044-2308** | | | **Assignee or other notification for:** <br> **NCO Financial Systems Inc** | | | | |

Sheet no. **29** of **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Heasley, John Christopher & Heasley, Heather                  Case No. _____
                           Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**NCO Financial Systems Inc**<br>**Re: Credit One Bank**<br>**150 Crosspoint Business Park**<br>**Getzville, NY  14068** | | | Assignee or other notification for:<br>NCO Financial Systems Inc | | | | |
| ACCOUNT NO.<br>**Payment Services**<br>**PO Box 60500**<br>**City Of Industry, CA  91716-0500** | | | Assignee or other notification for:<br>NCO Financial Systems Inc | | | | |
| ACCOUNT NO. **7106**<br>**Nelson, Watson & Associates LLC**<br>**Re: Capital One Services Llc**<br>**80 Merrimack St Lower Level**<br>**Haverhill, MA  01830** | | W | Unknown - Collection | | | | **885.67** |
| ACCOUNT NO.<br>**Capital One**<br>**701 Liberty Way**<br>**Chester, VA  92836-2702** | | | Assignee or other notification for:<br>Nelson, Watson & Associates LLC | | | | |
| ACCOUNT NO.<br>**Nelson, Watson & Associates LLC**<br>**Re: Capital One Services**<br>**PO Box 1299**<br>**Haverhill, MA  01831** | | | Assignee or other notification for:<br>Nelson, Watson & Associates LLC | | | | |
| ACCOUNT NO.<br>**Nelson, Watson & Associates LLC**<br>**Re: Capital One**<br>**PO Box 1299**<br>**Haverhill, MA  01831-1799** | | | Assignee or other notification for:<br>Nelson, Watson & Associates LLC | | | | |
| ACCOUNT NO.<br>**Nelson, Watson & Associates LLC**<br>**Re: Capital One Services**<br>**13111 E Briarwood Ave #340**<br>**Centennial, CO  80112** | | | Assignee or other notification for:<br>Nelson, Watson & Associates LLC | | | | |

Sheet no. **30** of **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **885.67**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Heasley, John Christopher & Heasley, Heather _____ Case No. _____
                               Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8507**<br>**Northstar Location Services LLC**<br>**Re: Barclays Bank Delaware**<br>**4285 Genesee Street**<br>**Cheektowaga, NY 14225-1943** | | W | **Unknown - Collection** | | | | **3,320.47** |
| ACCOUNT NO.<br>**Barclays Bank Delaware**<br>**125 South West Street**<br>**Wilmington, DE 19801** | | | **Assignee or other notification for:**<br>**Northstar Location Services LLC** | | | | |
| ACCOUNT NO.<br>**Northstar Location Services LLC**<br>**Re: Barclays Bank Delaware**<br>**13111 E Briarwood Ave #340**<br>**Centennial, CO 80112** | | | **Assignee or other notification for:**<br>**Northstar Location Services LLC** | | | | |
| ACCOUNT NO.<br>**Northstar Location Services LLC**<br>**Re: Barclays Bank Delaware**<br>**95 John Muir Dr Ste 100**<br>**Amherst, NY 14228** | | | **Assignee or other notification for:**<br>**Northstar Location Services LLC** | | | | |
| ACCOUNT NO. **2682**<br>**Orchard Bank**<br>**PO Box 60102**<br>**City Of Industry, CA 91716-0102** | | W | **06/2005 - Revolving / Credit Service - Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **476.87** |
| ACCOUNT NO.<br>**Hsbc Bank**<br>**PO Box 5253**<br>**Carol Stream, IL 60197-5253** | | | **Assignee or other notification for:**<br>**Orchard Bank** | | | | |
| ACCOUNT NO.<br>**Hsbc Bank**<br>**PO Box 98706**<br>**Las Vegas, NV 89193-8706** | | | **Assignee or other notification for:**<br>**Orchard Bank** | | | | |

Sheet no. **31** of **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,797.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Heasley, John Christopher & Heasley, Heather _____ Case No. _____
                              Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hsbc Bank<br>PO Box 5253<br>Carol Stream, IL  60197 | | | Assignee or other notification for:<br>Orchard Bank | | | | |
| ACCOUNT NO.<br>Hsbc Bank<br>Attn Aimee Daniels<br>71 S Wacker Dr<br>Chicago, IL  60606 | | | Assignee or other notification for:<br>Orchard Bank | | | | |
| ACCOUNT NO.<br>HSBC Card Services<br>PO Box 80084<br>Salinas, CA  93912-0084 | | | Assignee or other notification for:<br>Orchard Bank | | | | |
| ACCOUNT NO.<br>Portfolio Recovery<br>PO Box 12914<br>Norfolk, VA  23541 | | | Assignee or other notification for:<br>Orchard Bank | | | | |
| ACCOUNT NO.<br>Portfolio Recovery<br>Dept 922 PO Box 4115<br>Concord, CA  94524 | | | Assignee or other notification for:<br>Orchard Bank | | | | |
| ACCOUNT NO. 9235<br>Pro Consulting Services Inc<br>Collection Divison<br>PO Box 66510<br>Houton, TX  77266 | | J | Unknown - collections | | | | 963.00 |
| ACCOUNT NO. 5683<br>Professional Placement Services LLC<br>Re: Kohls<br>PO Box 612<br>Milwaukee, WI  53201-0612 | | H | Unknown - Collection | | | | 427.62 |

Sheet no. **32** of **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,390.62**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Heasley, John Christopher & Heasley, Heather** _____   Case No. _____
_____
Debtor(s)                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kohl's Credit / Recovery**<br>**PO Box 3004**<br>**Milwaukee, WI 53201** | | | Assignee or other notification for:<br>**Professional Placement Services LLC** | | | | |
| ACCOUNT NO.<br>**Kohl's Payment Center**<br>**PO Box 2983**<br>**Milwaukee, WI 53201-2983** | | | Assignee or other notification for:<br>**Professional Placement Services LLC** | | | | |
| ACCOUNT NO.<br>**Professional Placement Services LCL**<br>**Re: Kohl's**<br>**80 Garden Center Ste 3**<br>**Broomfield, CO 80020** | | | Assignee or other notification for:<br>**Professional Placement Services LLC** | | | | |
| ACCOUNT NO.<br>**Professional Placement Services LCL**<br>**Re: Kohl's**<br>**272 N 12th St**<br>**Milwaukee, WI 53201-0612** | | | Assignee or other notification for:<br>**Professional Placement Services LLC** | | | | |
| ACCOUNT NO. **8487**<br>**Public Service Credit Union**<br>**7055 E Evans Ave**<br>**Denver, CO 80224-0000** | | J | 10/2007 - Auto Installment (2007 Chevy Suburban) | | | | 41,985.28 |
| ACCOUNT NO.<br>**Public Service Credit Union**<br>**7055 E Evans Ave**<br>**Denver, CO 80224-2403** | | | Assignee or other notification for:<br>**Public Service Credit Union** | | | | |
| ACCOUNT NO.<br>**Public Service Ecu**<br>**7055 E Evans Ave**<br>**Denver, CO 80224** | | | Assignee or other notification for:<br>**Public Service Credit Union** | | | | |

Sheet no. ___**33**___ of ___**43**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **41,985.28**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) – Cont.**

IN RE  Heasley, John Christopher & Heasley, Heather                    Case No. _____
　　　　　　　　　　　　　　Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Public Service Employees CR UN**<br>**7055 E Evans Ave**<br>**Denver, CO  80224-2403** | | | Assignee or other notification for:<br>**Public Service Credit Union** | | | | |
| ACCOUNT NO. **2490**<br>**Public Service Ecu**<br>**7055 E Evans Ave**<br>**Denver, CO  80224-0000** | | J | 03/2008 - Installment | | | | **6,862.00** |
| ACCOUNT NO.<br>**Public Service Employees CR UN**<br>**7055 E Evans Ave**<br>**Denver, CO  80224-2403** | | | Assignee or other notification for:<br>**Public Service Ecu** | | | | |
| ACCOUNT NO. **618R**<br>**Qwest**<br>**PO Box 29040**<br>**Phoenix, AZ  85038-9040** | | W | 03/2011 - Internet & Phone | | | | **107.52** |
| ACCOUNT NO. **1999**<br>**Sallie Mae**<br>**PO Box 9500**<br>**Wilkes Barre, PA  18773-9500** | | W | 11/1999 - Student Loan | | | | **6,625.00** |
| ACCOUNT NO.<br>**EMC**<br>**PO Box 419035**<br>**Rancho Cordova, CA  95741** | | | Assignee or other notification for:<br>**Sallie Mae** | | | | |
| ACCOUNT NO.<br>**Sallie Mae**<br>**PO Box 3800**<br>**Wilkes Barre, PA  18773-3800** | | | Assignee or other notification for:<br>**Sallie Mae** | | | | |

Sheet no. ____**34**____ of ____**43**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **13,594.52**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **Heasley, John Christopher & Heasley, Heather** _____   Case No. _____

Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sallie Mae**<br>**1002 Arthur Dr**<br>**Lynn Haven, FL  32444-1683** | | | **Assignee or other notification for:**<br>**Sallie Mae** | | | | |
| ACCOUNT NO.<br>**Sallie Mae**<br>**11100 USA Pkwy**<br>**Fishers, IN  46037-0000** | | | **Assignee or other notification for:**<br>**Sallie Mae** | | | | |
| ACCOUNT NO.<br>**Sallie Mae Servicing**<br>**PO Box 9532**<br>**Wilkes Barre, PA  18773-9532** | | | **Assignee or other notification for:**<br>**Sallie Mae** | | | | |
| ACCOUNT NO. **1999**<br>**Sallie Mae**<br>**PO Box 9500**<br>**Wilkes Barre, PA  18773-9500** | | W | **11/1999 - Student Loan** | | | | **3,362.00** |
| ACCOUNT NO.<br>**Sallie Mae**<br>**11100 USA Pkwy**<br>**Fishers, IN  46037-0000** | | | **Assignee or other notification for:**<br>**Sallie Mae** | | | | |
| ACCOUNT NO. **6906**<br>**Source Gas**<br>**PO Box 660474**<br>**Dallas, TX  75266-0474** | | W | **Unknown - Utility** | | | | **222.53** |
| ACCOUNT NO.<br>**Source Gas Distribution**<br>**PO Box 13288**<br>**Fayetteville, AR  72703-1002** | | | **Assignee or other notification for:**<br>**Source Gas** | | | | |

Sheet no. ____**35**____ of ____**43**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **3,584.53**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE  Heasley, John Christopher & Heasley, Heather _____  Case No. _____
                        Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO. 0102**<br>**St Vrain Sanitation District**<br>**11307 Business Park Circle**<br>**Firestone, CO  80504-5270** | | W | Unknown - Utility | | | | **161.60** |
| **ACCOUNT NO. 1257**<br>**T - Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH  45274** | | J | Unknown - Cell phone | | | | **885.11** |
| **ACCOUNT NO.**<br>**T - Mobile**<br>**PO Box 629025**<br>**El Dorado Hills, CA  95762** | | | Assignee or other notification for:<br>T - Mobile | | | | |
| **ACCOUNT NO. 3561**<br>**The Home Depot / Cbsd**<br>**PO Box 6497**<br>**Sioux Falls, SD  57117-6497** | | H | 11/2005 - Revolving / Credit Service - Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges | | | | **1,549.00** |
| **ACCOUNT NO.**<br>**Home Depot / Citibank**<br>**PO Box 6497**<br>**Sioux Falls, SD  57117** | | | Assignee or other notification for:<br>The Home Depot / Cbsd | | | | |
| **ACCOUNT NO.**<br>**Home Depot Credit Services**<br>**PO Box 20483**<br>**Kansas City, MO  64195** | | | Assignee or other notification for:<br>The Home Depot / Cbsd | | | | |
| **ACCOUNT NO.**<br>**The Home Depot / Cbsd**<br>**Ccs Gray Ops Center**<br>**PO Box 6497**<br>**Sioux Falls, SD  57117-6497** | | | Assignee or other notification for:<br>The Home Depot / Cbsd | | | | |

Sheet no. ___36___ of ___43___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,595.71**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Heasley, John Christopher & Heasley, Heather** _____  Case No. _____
                    Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9734** <br> **Tiburon Financial LLC** <br> **Re: Chase DDA** <br> **PO Box 770** <br> **Boystown, NE  68010-0770** | | J | **Unknown - Collection** | | | | **223.84** |
| ACCOUNT NO. <br> **Chase Bank Usa Na** <br> **Recovery Dept** <br> **PO Box 10018** <br> **Kennesaw, GA  30156-9204** | | | **Assignee or other notification for:** <br> **Tiburon Financial LLC** | | | | |
| ACCOUNT NO. <br> **Tiburon Financial LLC** <br> **Re: Chase DDA** <br> **3025 South Parker Rd #711** <br> **Aurora, CO  80014** | | | **Assignee or other notification for:** <br> **Tiburon Financial LLC** | | | | |
| ACCOUNT NO. <br> **Tiburon Financial LLC** <br> **Re: Chase DDA** <br> **11510 Blondo St Ste 200** <br> **Omaha, NE  68164** | | | **Assignee or other notification for:** <br> **Tiburon Financial LLC** | | | | |
| ACCOUNT NO. **ther** <br> **Trans Union Corporation** <br> **2 Baldwin Place** <br> **PO Box 1000** <br> **Chester, PA  19022** | | J | **Unknown - Credit Report - Debtor(s) believe that nothing is owed to this creditor on the day of filing and the Debtor(s), Trustee or other creditors may object to a proof of claim if filed by this entity.** | | | | **0.00** |
| ACCOUNT NO. **0924** <br> **Ultra Diamonds / Gemb** <br> **PO Box 960061** <br> **Orlando, FL  32896-0061** | | H | **03/2005 - Revolving / Credit Service - Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **2,365.58** |
| ACCOUNT NO. <br> **GE Money Bank** <br> **PO Box 103106** <br> **Roswell, GA  30076** | | | **Assignee or other notification for:** <br> **Ultra Diamonds / Gemb** | | | | |

Sheet no. **37** of **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **2,589.42**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Heasley, John Christopher & Heasley, Heather** _____ Case No. _____
                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **GE Money Bank PO Box 921127 El Paso, TX  79998-1127** | | | **Assignee or other notification for: Ultra Diamonds / Gemb** | | | | |
| ACCOUNT NO. **GE Money Bank 140 Wekiva Springs Rd Longwood, FL  32779** | | | **Assignee or other notification for: Ultra Diamonds / Gemb** | | | | |
| ACCOUNT NO. **GE Money Bank PO Box 981439 El Paso, TX  79998-1439** | | | **Assignee or other notification for: Ultra Diamonds / Gemb** | | | | |
| ACCOUNT NO. **GE Money Bank PO Box 981438 El Paso, TX  79998-1438** | | | **Assignee or other notification for: Ultra Diamonds / Gemb** | | | | |
| ACCOUNT NO. **GE Money Bank PO Box 530960 Atlanta, GA  30353-0960** | | | **Assignee or other notification for: Ultra Diamonds / Gemb** | | | | |
| ACCOUNT NO. **Ge Money Bank Bankruptcy Dept PO Box 103104 Roswell, GA  30076** | | | **Assignee or other notification for: Ultra Diamonds / Gemb** | | | | |
| ACCOUNT NO. **Ge Money Bank Legal Dept 777 Long Ridge Rd Stanford, CT  06927** | | | **Assignee or other notification for: Ultra Diamonds / Gemb** | | | | |

Sheet no. __**38**__ of __**43**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Heasley, John Christopher & Heasley, Heather
                                       Debtor(s)
Case No. _____
             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**GE Money Bank<br>Attn Bakruptcy Department<br>PO Box 103104<br>Rosewell, GA  30076** | | | **Assignee or other notification for:<br>Ultra Diamonds / Gemb** | | | | |
| ACCOUNT NO.<br>**Ge Money Bank<br>Legal Dept<br>777 Long Ridge Rd<br>Stanford, CT  06927** | | | **Assignee or other notification for:<br>Ultra Diamonds / Gemb** | | | | |
| ACCOUNT NO.<br>**Gemb / Ultra Jewelers<br>PO Box 981439<br>El Paso, TX  79998** | | | **Assignee or other notification for:<br>Ultra Diamonds / Gemb** | | | | |
| ACCOUNT NO.<br>**Ultra Diamond / Gemb<br>PO Box 981439<br>El Paso, TX  79998** | | | **Assignee or other notification for:<br>Ultra Diamonds / Gemb** | | | | |
| ACCOUNT NO. **3001**<br>**Vinci Law Office LLC<br>Re: Public Service Credit Union<br>3091 S Jamaica Ct Ste 150<br>Aurora, CO  80014** | | W | **Unknown - Collection** | | | | **7,312.28** |
| ACCOUNT NO.<br>**Public Service Credit Union<br>7055 E Evans Ave<br>Denver, CO  80224-2403** | | | **Assignee or other notification for:<br>Vinci Law Office LLC** | | | | |
| ACCOUNT NO.<br>**Vinci Law Office LLC<br>Re: Public Service Credit Union<br>3091 S Jamaica Ct Ste 150<br>Aurora, CO  80014-2698** | | | **Assignee or other notification for:<br>Vinci Law Office LLC** | | | | |

Sheet no. **39** of **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,312.28**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Heasley, John Christopher & Heasley, Heather**
_____     Case No. _____
Debtor(s)                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Vinci Law Office LLC** <br> **Re: Public Service Credit Union** <br> **PO Box 505** <br> **Linden, MI  48451-0505** | | | Assignee or other notification for: <br> Vinci Law Office LLC | | | | |
| ACCOUNT NO. **4244** <br> **Wells Fargo Dealer Services** <br> **PO Box 25341** <br> **Santa Ana, CA  92799-5341** | | H | **Unknown - Auto Installment. Debtor(s) believe that nothing is owed to this creditor on the day of filing and the Debtor(s), Trustee or other creditors may object to a proof of claim if filed by this entity.** | | | | **0.00** |
| ACCOUNT NO. <br> **Wells Fargo Auto Finance** <br> **PO Box 29704** <br> **Phoenix, AZ  85038-9704** | | | Assignee or other notification for: <br> Wells Fargo Dealer Services | | | | |
| ACCOUNT NO. <br> **Wells Fargo Auto Finance Inc** <br> **National Bankruptcy Dept** <br> **PO Box 7648** <br> **Boise, ID  83707** | | | Assignee or other notification for: <br> Wells Fargo Dealer Services | | | | |
| ACCOUNT NO. <br> **Wells Fargo Dealer Services** <br> **PO Box 25341** <br> **Santa Ana, CA  92799-5353** | | | Assignee or other notification for: <br> Wells Fargo Dealer Services | | | | |
| ACCOUNT NO. <br> **Wells Fargo Dealer Services** <br> **PO Box 1697** <br> **Winterville, NC  28590** | | | Assignee or other notification for: <br> Wells Fargo Dealer Services | | | | |
| ACCOUNT NO. <br> **Wells Fargo Dealer Services** <br> **Attn: Correspondence** <br> **PO Box 168048** <br> **Irving, TX  75016-8048** | | | Assignee or other notification for: <br> Wells Fargo Dealer Services | | | | |

Sheet no. **40** of **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) -- Cont.

IN RE Heasley, John Christopher & Heasley, Heather _____ Case No. _____
                                   Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Wells Fargo Dealer Services Inc**<br>**PO Box 5075**<br>**Corapolis, PA  15108-5075** | | | Assignee or other notification for:<br>Wells Fargo Dealer Services | | | | |
| ACCOUNT NO. **1974**<br>**Wells Fargo Financial Cards**<br>**3201 North 4th Ave**<br>**Sioux Falls, SD  57104** | | H | **12/2002 - Revolving / Credit Service - Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **2,931.00** |
| ACCOUNT NO.<br>**Wells Fargo**<br>**PO Box 5943**<br>**Sioux Falls, SD  57117-5943** | | | Assignee or other notification for:<br>Wells Fargo Financial Cards | | | | |
| ACCOUNT NO.<br>**Wells Fargo Bank Na**<br>**One Home Campus**<br>**MAC X2501-01F**<br>**Des Moines, IA  50328-0001** | | | Assignee or other notification for:<br>Wells Fargo Financial Cards | | | | |
| ACCOUNT NO.<br>**Wells Fargo Bank Na**<br>**299 S Main St**<br>**Salt Lake City, UT  84111-1901** | | | Assignee or other notification for:<br>Wells Fargo Financial Cards | | | | |
| ACCOUNT NO.<br>**Wells Fargo Bank Na**<br>**Attn: Bk Dept**<br>**1 Home Campus, PO Box 10335**<br>**Des Moines, IA  50328** | | | Assignee or other notification for:<br>Wells Fargo Financial Cards | | | | |
| ACCOUNT NO.<br>**Wells Fargo Financial**<br>**Attn: Remittance Processing**<br>**1500 Dragon St**<br>**Dallas, TX  75207** | | | Assignee or other notification for:<br>Wells Fargo Financial Cards | | | | |

Sheet no. **41** of **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **2,931.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Heasley, John Christopher & Heasley, Heather _____ Case No. _____
                                        Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Wells Fargo Financial**<br>**800 Walnut St MAC F4031-080**<br>**Des Moines, IA  50309** | | | **Assignee or other notification for:**<br>**Wells Fargo Financial Cards** | | | | |
| ACCOUNT NO.<br><br>**Wells Fargo Financial**<br>**Bankruptcy Supervisor, MAC F4012-011**<br>**4143 121st St**<br>**Urbandale, IA  50323** | | | **Assignee or other notification for:**<br>**Wells Fargo Financial Cards** | | | | |
| ACCOUNT NO.<br><br>**Wells Fargo Financial**<br>**4680 Hallmark Pkwy**<br>**San Bernardino, CA  92407** | | | **Assignee or other notification for:**<br>**Wells Fargo Financial Cards** | | | | |
| ACCOUNT NO.<br><br>**Wells Fargo Financial Cards**<br>**PO Box 660041**<br>**Dallas, TX  75266-0041** | | | **Assignee or other notification for:**<br>**Wells Fargo Financial Cards** | | | | |
| ACCOUNT NO.<br><br>**Wells Fargo Financial Cards**<br>**PO Box 14487**<br>**Des Moines, IA  50306** | | | **Assignee or other notification for:**<br>**Wells Fargo Financial Cards** | | | | |
| ACCOUNT NO.<br><br>**Wells Fargo Financial Cards**<br>**PO Box 660041**<br>**Dallas, TX  75266** | | | **Assignee or other notification for:**<br>**Wells Fargo Financial Cards** | | | | |
| ACCOUNT NO.<br><br>**Wells Fargo Financial Cards**<br>**PO Box 5445**<br>**Portland, OR  97228** | | | **Assignee or other notification for:**<br>**Wells Fargo Financial Cards** | | | | |

Sheet no. __42__ of __43__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

        Subtotal
(Total of this page) $

        Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Heasley, John Christopher & Heasley, Heather                          Case No. _____
_____
              Debtor(s)                                                          (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Wf Financial Cards<br>MAC 4031-080<br>800 Walnut St<br>Des Moines, IA  50309** | | | **Assignee or other notification for:<br>Wells Fargo Financial Cards** | | | | |
| ACCOUNT NO.<br>**Wf Financial Cards<br>MAC 4031-080<br>800 Walnut St<br>Des Moines, IA  50309** | | | **Assignee or other notification for:<br>Wells Fargo Financial Cards** | | | | |
| ACCOUNT NO. **0152**<br>**Zwicker & Associates PC<br>Re: Chase Bank<br>PO Box 101145<br>Birmingham, AL  35210-6145** | | **J** | **Unknown - Collection** | | | | **501.90** |
| ACCOUNT NO.<br>**Chase Bank Usa Na<br>Recovery Dept<br>PO Box 10018<br>Kennesaw, GA  30156-9204** | | | **Assignee or other notification for:<br>Zwicker & Associates PC** | | | | |
| ACCOUNT NO.<br>**Zwicker & Associates PC<br>Re: Chase Bank<br>80 Minuteman Road<br>Andover, MA  01810-1008** | | | **Assignee or other notification for:<br>Zwicker & Associates PC** | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **43** of **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **501.90**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ **136,425.97**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G)(12/07)

IN RE **Heasley, John Christopher & Heasley, Heather**          Case No. _____
                                   Debtor(s)                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Any Creditor With Arbitration Clause Provisions** | **Debtor(s) specifically rejects any contractual provisions relating to claim arbitration for any debts as indicated in the schedules attached hereto and incorporated herein by reference.** |
| **RUS Equipment**<br>**7077 Amons St**<br>**Arvarda, CO  80004** | **Debtors entered into a contract for $85,000 for a term of 85 months to lease equipment for their business with RUS Equipment.** |
| **T - Mobile**<br>**PO Box 37380**<br>**Albuquerque, NM  87176-7380** | **Debtors entered into a contract for 2 years for cell service with T Mobile.** |
| **Directv**<br>**PO Box 78626**<br>**Phoenix, AZ  85062-8626** | **Debtors entered into a contract for 2 years with Directv for satellite service.** |
| **Verizon**<br>**5175 Emerald Pkwy**<br>**Dublin, OH  43017** | **Debtors entered into a contract for 2 years with Verizon for cell service.** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07)**

IN RE **Heasley, John Christopher & Heasley, Heather** _____ Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **J & H Concrete Pumping**<br>**467 Hart Street**<br>**Firestone, CO  80520** | **RUS Equipment**<br>**7077 Amons St**<br>**Arvarda, CO  80004** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6I (Official Form 6I) (12/07)**

IN RE **Heasley, John Christopher & Heasley, Heather** _____ Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter** | | AGE(S):<br>**3 1/2** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Self-Employed** | **Project Manager/Sales Rep** |
| Name of Employer | **J & H Concrete Pumping LLC** | **Churchich Recreation LLC** |
| How long employed | **4 years** | **6 years** |
| Address of Employer | **467 Hart Street** | **PO Box 1174** |
| | **Firestone, CO  80520** | **Niwot, CO  80544** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | | $ _____ | $ **5,453.01** |
| 2. Estimated monthly overtime | | $ _____ | $ _____ |
| **3. SUBTOTAL** | | $ **0.00** | $ **5,453.01** |
| **4. LESS PAYROLL DEDUCTIONS** | | | |
| a. Payroll taxes and Social Security | | $ _____ | $ **1,018.25** |
| b. Insurance | | $ _____ | $ _____ |
| c. Union dues | | $ _____ | $ _____ |
| d. Other (specify) _____ | | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | | $ **0.00** | $ **1,018.25** |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | | $ **0.00** | $ **4,434.76** |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $ **2,000.00** | $ _____ |
| 8. Income from real property | | $ _____ | $ _____ |
| 9. Interest and dividends | | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ _____ | $ _____ |
| 11. Social Security or other government assistance<br>(Specify) _____ | | $ _____<br>$ _____ | $ _____<br>$ _____ |
| 12. Pension or retirement income | | $ _____ | $ _____ |
| 13. Other monthly income<br>(Specify) _____ | | $ _____<br>$ _____<br>$ _____ | $ _____<br>$ _____<br>$ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | | $ **2,000.00** | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | | $ **2,000.00** | $ **4,434.76** |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

$ _____ **6,434.76**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6J (Official Form 6J) (12/07)**

IN RE **Heasley, John Christopher & Heasley, Heather** _____   Case No. _____
                        Debtor(s)                                                              (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,526.00 |
|    a. Are real estate taxes included?   Yes ✓ No ____ | | |
|    b. Is property insurance included?  Yes ✓ No ____ | | |
| 2. Utilities: | | |
|    a. Electricity and heating fuel | $ | 225.00 |
|    b. Water and sewer | $ | 80.00 |
|    c. Telephone | $ | |
|    d. Other **See Schedule Attached** | $ | 389.66 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 80.00 |
| 6. Laundry and dry cleaning | $ | 15.00 |
| 7. Medical and dental expenses | $ | 43.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 224.00 |
| 10. Charitable contributions | $ | 10.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 83.33 |
|    b. Life | $ | 37.09 |
|    c. Health | $ | 294.00 |
|    d. Auto | $ | 146.00 |
|    e. Other | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) | $ | |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 410.34 |
|    b. Other **Gym Membership** | $ | 36.95 |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other **Tuition (For Child)** | $ | 880.00 |
|       **Supplies (For Child)** | $ | 40.00 |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.
$ **5,770.37**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 6,434.76 |
|    b. Average monthly expenses from Line 18 above | $ | 5,770.37 |
|    c. Monthly net income (a. minus b.) | $ | 664.39 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Heasley, John Christopher & Heasley, Heather</u>               Case No. _____
                    <span>Debtor(s)</span>

### SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
**Continuation Sheet - Page 1 of 1**

Other Utilities (DEBTOR)

| | |
|---|---|
| **Phone & Internet** | **80.00** |
| **Cell  Phone** | **200.00** |
| **Satellite** | **88.00** |
| **Trash** | **21.66** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Heasley, John Christopher & Heasley, Heather**                    Case No. _____
_____                              _____
                      Debtor(s)                                                            (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**63** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 31, 2011**         Signature: _**/s/ John Christopher Heasley**_____
                                              **John Christopher Heasley**                        Debtor

Date: **October 31, 2011**         Signature: _**/s/ Heather Heasley**_____
                                              **Heather Heasley**                        (Joint Debtor, if any)
                                                        [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____         Signature: _____

                                                     _____
                                                     (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                         Case No. _____

Heasley, John Christopher & Heasley, Heather              Chapter **13**
_____
Debtor(s)

## BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

  1.  Gross Income For 12 Months Prior to Filing:                    $ _____

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

  2.  Gross Monthly Income:                                        $ _____**2,000.00**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

  3.  Net Employee Payroll (Other Than Debtor)                     $ _____
  4.  Payroll Taxes                                               $ _____
  5.  Unemployment Taxes                                          $ _____
  6.  Worker's Compensation                                       $ _____
  7.  Other Taxes                                                 $ _____
  8.  Inventory Purchases (Including raw materials)               $ _____
  9.  Purchase of Feed/Fertilizer/Seed/Spray                      $ _____
10.  Rent (Other than debtor's principal residence)              $ _____
11.  Utilities                                                   $ _____
12.  Office Expenses and Supplies                                $ _____
13.  Repairs and Maintenance                                     $ _____
14.  Vehicle Expenses                                            $ _____
15.  Travel and Entertainment                                    $ _____
16.  Equipment Rental and Leases                                 $ _____
17.  Legal/Accounting/Other Professional Fees                    $ _____
18.  Insurance                                                   $ _____
19.  Employee Benefits (e.g., pension, medical, etc.)            $ _____
20.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition
     Business Debts (Specify):                                  $ _____

21.  Other (Specify):                                            $ _____

22.  Total Monthly Expenses (Add items 3-21)                     $ _____

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

23.  **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)   $ _____**2,000.00**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

## UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (12/09)                                                                          Page 2

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
## District of Colorado

IN RE:                                                          Case No. _____

**Heasley, John Christopher & Heasley, Heather**    Chapter **13** _____

Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____        Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:                                                        the Social Security number of the officer,
                                                                principal, responsible person, or partner
_____        of the bankruptcy petition preparer.)
                                                                (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Heasley, John Christopher & Heasley, Heather**    **X** */s/ John Christopher Heasley*          **10/31/2011**
Printed Name(s) of Debtor(s)                        Signature of Debtor                        Date

Case No. (if known) _____        **X** */s/ Heather Heasley*                   **10/31/2011**
                                                    Signature of Joint Debtor (if any)          Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

**IN RE:**                                                        Case No. _____

Heasley, John Christopher & Heasley, Heather _____   Chapter **13** _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **October 31, 2011** _____   Signature: */s/ John Christopher Heasley* _____
                                          **John Christopher Heasley**                        Debtor


Date: **October 31, 2011** _____   Signature: */s/ Heather Heasley* _____
                                          **Heather Heasley**                        Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B22C (Official Form 22C) (Chapter 13) (12/10)**

| | According to the calculations required by this statement: |
|---|---|
| In re: **Heasley, John Christopher & Heasley, Heather** | ☑ **The applicable commitment period is 3 years.** |
| Debtor(s) | ☐ **The applicable commitment period is 5 years.** |
| Case Number: _____ | ☐ **Disposable income is determined under § 1325(b)(3).** |
| (If known) | ☑ **Disposable income is not determined under § 1325(b)(3).** |
| | (Check the boxes as directed in Lines 17 and 23 of this statement.) |

## CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
## AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Part I. REPORT OF INCOME** | | |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☑ Married. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>Debtor's<br>Income | **Column B**<br>Spouse's<br>Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $   **5,329.55** |
| 3 | **Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.**<br><br>a. Gross receipts — $ **6,535.82**<br>b. Ordinary and necessary operating expenses — $ **6,350.96**<br>c. Business income — Subtract Line b from Line a | $   **184.86** | $ |
| 4 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part IV.**<br><br>a. Gross receipts — $<br>b. Ordinary and necessary operating expenses — $<br>c. Rent and other real property income — Subtract Line b from Line a | $ | $ |
| 5 | **Interest, dividends, and royalties.** | $ | $ |
| 6 | **Pension and retirement income.** | $ | $ |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ | $ |

B22C (Official Form 22C) (Chapter 13) (12/10)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><br> Unemployment compensation claimed to be a benefit under the Social Security Act  Debtor $ _____  Spouse $ _____ | $ | $ |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. <br><br> a. _____ $ _____ <br> b. _____ $ _____ | $ | $ |
| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $     184.86 | $   5,329.55 |
| 11 | **Total.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $ | 5,514.41 |

## Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| | | |
|---|---|---|
| 12 | **Enter the amount from Line 11.** | $   5,514.41 |
| 13 | **Marital Adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply,  enter zero. <br><br> a. _____ $ _____ <br> b. _____ $ _____ <br> c. _____ $ _____ <br> Total and enter on Line 13. | $          0.00 |
| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $   5,514.41 |
| 15 | **Annualized current monthly income for § 1325(b)(4).** Multiply the amount from Line 14 by the number 12 and enter the result. | $  66,172.92 |
| 16 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br> a. Enter debtor's state of residence: **Colorado** _____ b. Enter debtor's household size: __3__ | $  70,861.00 |
| 17 | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed. <br><br> ☑ **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period  is 3 years"  at the top of page 1 of this statement and continue with this statement. <br><br> ☐ **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period  is 5 years" at the top of page 1 of this statement and continue with this statement. | |

## Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

B22C (Official Form 22C) (Chapter 13) (12/10)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 18 | Enter the amount from Line 11. | $ | 5,514.41 |
|---|---|---|---|

| 19 | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | | |

| a. | | $ |
|---|---|---|
| b. | | $ |
| c. | | $ |

Total and enter on Line 19. | $ | 0.00

| 20 | **Current monthly income for § 1325(b)(3).** Subtract Line 19 from Line 18 and enter the result. | $ | 5,514.41 |
|---|---|---|---|
| 21 | **Annualized current monthly income for § 1325(b)(3).** Multiply the amount from Line 20 by the number 12 and enter the result. | $ | 66,172.92 |
| 22 | **Applicable median family income.** Enter the amount from Line 16. | $ | 70,861.00 |

| 23 | **Application of § 1325(b)(3).** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 21 is more than the amount on Line 22.** Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br><br>☑ **The amount on Line 21 is not more than the amount on Line 22.** Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement. **Do not complete Parts IV, V, or VI.** |
|---|---|

### Part IV. CALCULATION OF DEDUCTIONS ALLOWED UNDER § 707(b)(2)

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.** Enter in Line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
|---|---|---|

| 24B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B. | |
|---|---|---|

| Persons under 65 years of age | | | Persons 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | | a2. | Allowance per person | |
| b1. | Number of persons | | b2. | Number of persons | |
| c1. | Subtotal | | c2. | Subtotal | |

$

B22C (Official Form 22C) (Chapter 13) (12/10)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 25A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
|---|---|---|

| 25B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. **Do not enter an amount less than zero.** | |
|---|---|---|

| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | $ |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a |

| | | | $ |
|---|---|---|---|

| 26 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|

| 27A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. <br><br> Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7. <br><br> ☐ 0   ☐ 1   ☐ 2 or more. <br><br> If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 27B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

B22C (Official Form 22C) (Chapter 13) (12/10)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28. **Do not enter an amount less than zero.** | |
|---|---|---|
| | | |

| | a. | IRS Transportation Standards, Ownership Costs | $ | |
|---|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a | $ |

| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 28.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29. **Do not enter an amount less than zero.** | |
|---|---|---|
| | | |

| | a. | IRS Transportation Standards, Ownership Costs | $ | |
|---|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | $ | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a | $ |

| 30 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|
| 31 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 32 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 33 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 49.** | $ |
| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 35 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 36 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B. **Do not include payments for health insurance or health savings accounts listed in Line 39.** | $ |
| 37 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |

B22C (Official Form 22C) (Chapter 13) (12/10)

| 38 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 24 through 37. | $ |
|---|---|---|

<table>
<tr><td colspan="3" align="center"><b>Subpart B: Additional Expense Deductions under § 707(b)</b><br><b>Note: Do not include any expenses that you have listed in Lines 24-37</b></td></tr>
<tr>
<td rowspan="2">39</td>
<td><b>Health Insurance, Disability Insurance, and Health Savings Account Expenses.</b> List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>
<table>
<tr><td>a.</td><td>Health Insurance</td><td>$</td></tr>
<tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr>
<tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr>
</table>
<br>Total and enter on Line 39</td>
<td>$</td>
</tr>
<tr>
<td><b>If you do not actually expend this total amount,</b> state your actual total average monthly expenditures in the space below:<br><br>$ _____</td>
<td></td>
</tr>
<tr>
<td>40</td>
<td><b>Continued contributions to the care of household or family members.</b> Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. <b>Do not include payments listed in Line 34.</b></td>
<td>$</td>
</tr>
<tr>
<td>41</td>
<td><b>Protection against family violence.</b> Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court.</td>
<td>$</td>
</tr>
<tr>
<td>42</td>
<td><b>Home energy costs.</b> Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. <b>You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.</b></td>
<td>$</td>
</tr>
<tr>
<td>43</td>
<td><b>Education expenses for dependent children under 18.</b> Enter the total average monthly expenses that you actually incur, not to exceed $147.92 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. <b>You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.</b></td>
<td>$</td>
</tr>
<tr>
<td>44</td>
<td><b>Additional food and clothing expense.</b> Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <b>You must demonstrate that the additional amount claimed is reasonable and necessary.</b></td>
<td>$</td>
</tr>
<tr>
<td>45</td>
<td><b>Charitable contributions.</b> Enter the amount reasonably necessary for you to expend each month on charitable contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). <b>Do not include any amount in excess of 15% of your gross monthly income.</b></td>
<td>$</td>
</tr>
<tr>
<td>46</td>
<td><b>Total Additional Expense Deductions under § 707(b).</b> Enter the total of Lines 39 through 45.</td>
<td>$</td>
</tr>
</table>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B22C (Official Form 22C) (Chapter 13) (12/10)**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | Subpart C: Deductions for Debt Payment | |
|---|---|---|

| 47 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 47. | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes  ☐ no |
| b. | | | $ | ☐ yes  ☐ no |
| c. | | | $ | ☐ yes  ☐ no |
| | | Total: Add lines a, b and c. | | |

(Line 47 total) $

| 48 | **Other payments on secured claims.** If any of debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | Total: Add lines a, b and c. | |

(Line 48 total) $

| 49 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 33.** | $ |

| 50 | **Chapter 13 administrative expenses.** Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | |

| | | |
|---|---|---|
| a. | Projected average monthly Chapter 13 plan payment. | $ |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

(Line 50 total) $

| 51 | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | $ |

| | Subpart D: Total Deductions from Income | |
|---|---|---|
| 52 | **Total of all deductions from income.** Enter the total of Lines 38, 46, and 51. | $ |

B22C (Official Form 22C) (Chapter 13) (12/10)

| | **Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2)** | |
|---|---|---|
| 53 | **Total current monthly income.** Enter the amount from Line 20. | $ |
| 54 | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $ |
| 55 | **Qualified retirement deductions.** Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | $ |
| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | $ |

| | **Deduction for special circumstances.** If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below. If necessary, list additional entries on a separate page. Total the expenses and enter the total in Line 57. You must provide your case trustee with documentation of these expenses and you must provide a detailed explanation of the special circumstances that make such expenses necessary and reasonable. | |
|---|---|---|

| | | Nature of special circumstances | Amount of expense |
|---|---|---|---|
| 57 | a. | | $ |
| | b. | | $ |
| | c. | | $ |
| | | Total: Add Lines a, b, and c | $ |

| 58 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, 56, and 57 and enter the result. | $ |
|---|---|---|
| 59 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 58 from Line 53 and enter the result. | $ |

| | **Part VI. ADDITIONAL EXPENSE CLAIMS** | |
|---|---|---|
| | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |

| | | Expense Description | Monthly Amount |
|---|---|---|---|
| 60 | a. | | $ |
| | b. | | $ |
| | c. | | $ |
| | | Total: Add Lines a, b and c | $ |

| | **Part VII. VERIFICATION** | |
|---|---|---|
| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* | |

61    Date: **October 31, 2011**          Signature: */s/ John Christopher Heasley*

                                                                                    (Debtor)

       Date: **October 31, 2011**          Signature: */s/ Heather Heasley*

                                                                                    (Joint Debtor, if any)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

T.L.B.F. 1007-1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re                                              Case No. 11-
John and Heather Heasley

Last 4 digits of SSN and/or EN:
_6817 & 7812_
Debtor(s).                                         Chapter _____13_____

### Statement Under Penalty of Perjury Concerning Payment Advices
### Due Pursuant to 11 U.S.C. §521(a)(1)(B)(iv)

I* John Heasley, state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment
received within 60 days before the date of the filing of the petition from any employer
because:

      ____ a) I was not employed during the period immediately preceding the filing of
the above-referenced case _____ (state the dates that you were not
employed);

      _____ b) I was employed during the period immediately preceding the filing of the
above-referenced case but did not receive any payment advices or other evidence
of payment from my employer within 60 days before the date of the filing of the
petition;

      __x__ c) I am self-employed and do not receive any evidence of payment from an
employer;

      ____ d) Other (Please Explain)_____.

I declare under penalty of perjury that the foregoing statement is true and correct.
Dated this _31_ day of _October_, 201_1_.

_____ (Signature of Debtor)
                   Debtor

*       A separate form must be filed by each Debtor

CHURCHICH RECREATION, LLC
PO BOX 1174
NIWOT, CO 80544

**Earnings Statement**

EASYPAY

Pay Period:  9/15/2011  to  10/14/2011
Pay Date:  10/18/2011

Employee Number:
Department Number:
Social Security Number:  XXX-XX-
Marital Status:  MARRIED
Number Of Allowances:  03
Rate:

HEATHER C HEASLEY
467 HART ST
FIRESTONE, CO 80520

| Hours and Earnings | | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | | Description | This Period | Year-To-Date |
| SALARY | | 5432.30 | 53573.76 | | FICA | 306.93 | 3026.92 |
| | | | | | FED WT | 506.51 | 4952.74 |
| | | | | | CO ST | 178.00 | 1747.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $53,573.76 | $5,432.30 | $991.44 | $4,440.86 |

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**CHURCHICH RECREATION, LLC**
PO BOX 1174
NIWOT, CO 80544

**DEPOSIT**

Check Date:  10/18/2011

**$4,440.86 DEPOSIT TO BANK# XXXXXXXXX CHK ACCT# XXXXX**

Pay This Amount  $4440.86

Pay To The
Order Of

DP1

HEATHER C HEASLEY
467 HART ST
FIRESTONE, CO 80520

****VOID*****VOID****

THIS IS NOT A CHECK

**VOUCHER ONLY - NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ● HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

**DP1**

CHURCHICH RECREATION, LLC
PO BOX 1174
NIWOT, CO 80544

DP1    Earnings Statement



Pay Period:     8/14/2011  to  9/13/2011
Pay Date:       9/15/2011

Employee Number:
Department Number:
Social Security Number:   XXX-XX
Marital Status:           MARRIED
Number Of Allowances:     03
Rate:

HEATHER C HEASLEY
467 HART ST
FIRESTONE, CO 80520

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| SALARY | | 5234.48 | 48141.46 | FICA | 295.75 | 2719.99 |
| | | | | FED WT | 476.84 | 4446.23 |
| | | | | CO ST | 169.00 | 1569.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $48,141.46 | $5,234.48 | $941.59 | $4,292.89 |

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**CHURCHICH RECREATION, LLC**
PO BOX 1174
NIWOT, CO 80544

**DEPOSIT**

Check Date:    9/15/2011

$4,292.89 DEPOSIT TO BANK# XXXXXXXXX CHK ACCT# XXXXX

Pay To The
Order Of

DP1

HEATHER C HEASLEY
467 HART ST
FIRESTONE, CO 80520

Pay This Amount     $4292.89

****VOID*****VOID****

THIS IS NOT A CHECK

**VOUCHER ONLY - NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK • HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

**DP1**

CHURCHICH RECREATION, LLC
PO BOX 1174
NIWOT, CO 80544

DP1

**Earnings Statement**



Pay Period:   7/16/2011  to  8/15/2011
Pay Date:      8/17/2011

Employee Number:
Department Number:
Social Security Number:   XXX-XX
Marital Status:                  MARRIED
Number Of Allowances:    03
Rate:

**HEATHER C HEASLEY**
**467 HART ST**
**FIRESTONE, CO 80520**

| Hours and Earnings | | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | | Description | This Period | Year-To-Date |
| SALARY | | 5519.42 | 42906.98 | | FICA | 311.84 | 2424.24 |
| | | | | | FED WT | 519.58 | 3969.39 |
| | | | | | CO ST | 182.00 | 1400.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $42,906.98 | $5,519.42 | $1,013.42 | $4,506.00 |

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**CHURCHICH RECREATION, LLC**
PO BOX 1174
NIWOT, CO 80544

**DEPOSIT**

Check Date:   8/17/2011

**$4,506.00 DEPOSIT TO BANK# XXXXXXXXX CHK ACCT# XXXXX**

Pay To The
Order Of

DP1                                                          Pay This Amount   $4506.00

HEATHER C HEASLEY
467 HART ST
FIRESTONE, CO 80520

****VOID*****VOID****

THIS IS NOT A CHECK

**VOUCHER ONLY - NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.